Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

Alexander F. Simas, State Bar No. 072664
Timothy K. Nguyen, State Bar No. 335489
KIRK & SIMAS
a professional law corporation
2550 Professional Parkway
Santa Maria, California 93455
Voice: (805) 934-4600
Facsimile: (805) 707-1184
E-Mail: ASimas@KirkSimas.com
       TNguyen@KirkSimas.com

Attorneys for Plaintiff

ELECTRONICALLY FILED
Superior Court of California
County of Santa Barbara
Darrel E. Parker, Executive Officer
10/1/2025 3:49 PM
By: Erin Josie , Deputy

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SANTA BARBARA

### COOK DIVISION

| | |
|---|---|
| BRADLEY LAND COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation, DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 25CV06175<br><br>Assigned for All Purposes to Honorable Judge _____<br><br>**COMPLAINT FOR**<br><br>1. **BREACH OF CONTRACT**<br>2. **BAD FAITH BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING**<br>3. **DECLARATORY RELIEF** **[Code Civ. Pro., §§ 1060 et seq.]**<br><br>Date:<br>Time:<br>Dept:<br><br>*Unlimited Civil* |

**COMES NOW**, Bradley Land Company ("Plaintiff"), who alleges as follows:

## PARTIES

1.     Plaintiff is, and at all times mentioned in this Complaint was, a corporation organized and existing under California law, with its principal place of business located at 2401 Professional Parkway, Santa Maria, California 93455.

1

EX. A-1

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

2.     Defendant Travelers Property Casualty Company of America ("Travelers") is, and at all times mentioned in this Complaint was, a corporation organized and existing under Connecticut law and engaged in the business of insurance in the state of California, with its principal place of business registered with the California Secretary of State as One Tower Square, Hartford, Connecticut 06183.

3.     The true names and capacities of Defendants DOES 1 through 10, inclusive, are unknown to Plaintiff who therefore sues said Defendants by such fictitious names pursuant to Code of Civil Procedure Section 474. The Plaintiff will amend this Complaint when said true names and capacities have been ascertained. Plaintiff is informed and believes and thereon alleges that each such fictitiously named Defendants is responsible in some manner for the occurrences herein alleged, and Plaintiff's damages as herein alleged were proximately caused by such Defendants.

## JURISDICTION AND VENUE

4.     Jurisdiction is proper in the Superior Court for Santa Barbara County California, Cook Division, pursuant to Code of Civil Procedure § 410.10.

5.     This Court has personal jurisdiction over Defendant, and each Defendant DOE, as they are individuals residing or entities doing business in Santa Barbara County, California.

6.     Pursuant to Code of Civil Procedure §§ 395(a) and 395.5, venue is proper in Santa Barbara County because that is where the relevant insurance policy was entered into and where performance under the policy is to take place. Pursuant to Santa Barbara County Local Rules of Court, Rule 203, venue is proper in North County as the events giving rise to this Complaint occurred at or around Santa Maria, California 93454.

7.     Plaintiff also brings this action pursuant to Code Civ. Proc.§§ 1060 et seq. This court has jurisdiction over the parties and there is a justifiable case and controversy regarding the rights and obligations between Plaintiff and Defendants with respect to the duty to defend Plaintiff in an underlying lawsuit involving claims against Plaintiff by a third party, more particularly described below.

8.     Plaintiff has operated its business, in the City of Santa Maria, Santa Barbara County, California since January 15, 1912.

9.     Defendant Travelers is authorized to or has been doing business in the State of California, including Santa Barbara County, California, and has agreed to submit to the jurisdiction of the Superior

2

**COMPLAINT FOR BREACH OF CONTRACT, BAD FAITH, AND DECLARATORY RELIEF**

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

1    Court of the State of California with respect to matters arising out of the subject liability insurance policy

2    attached as Exhibit A. The insurance policy which is the subject of this action was issued to Plaintiff in

3    Santa Barbara County, California. The underlying third-party claims which are the subject of this action are

4    also pending in Santa Barbara County, California.

5    **GENERAL ALLEGATIONS**

6         10.     Defendant Travelers is an insurer that has provided comprehensive general liability insurance

7    to Plaintiff for various policy periods.

8         11.     On March 31, 2022, in Santa Barbara County, California, Defendant Travelers, for a valuable

9    consideration, issued to Plaintiff a renewal of its written policy for commercial general liability, Policy No.

10    I-660-6796X936-TIL-22 (the "Policy") for the policy period from May 18, 2022 to May 18, 2023. A true

11    and correct copy of which is attached hereto, marked **Exhibit A** and made a part hereof.

12         12.     The Policy is a primary liability insurance policy.

13         13.     By the express terms of the Policy, Defendant Travelers insured Plaintiff against any loss or

14    damage sustained or incurred which are covered by the Policy and which occur during the policy period.

15         14.     By the express terms of the Policy, Defendant Travelers must pay those sums that the insured

16    becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which the

17    Policy applies. Defendant Travelers also has the right and duty to defend the insured against any "suit"

18    seeking those damages. (Exhibit A, Section I, Coverage A, Paragraph 1.a.).

19         15.     On or about March 27, 2025, Plaintiff was served with process in the form of a summons

20    and complaint in the following lawsuit: *Rodriguez v. Bradley Land Company, et. al* Case No. 24CV06679

21    in Superior Court of California, County of Santa Barbara, North County ("Rodriguez Lawsuit"). True and

22    correct copies of the summons and complaint are attached hereto, marked **Exhibit B** and made a part hereof.

23         16.     The Rodriguez Lawsuit complaint alleges that between November 30, 2022, and March 3,

24    2023, plaintiff Mr. Rodriguez was working as a laborer on a job site located at 3851 Telephone Road in

25    Santa Maria, California. During this period, Mr. Rodriguez was allegedly exposed to various fumes and

26    gases from chemicals stored at the site owned, operated, controlled, managed and/or maintained by Bradley

27    Land Company. On March 3, 2023, Mr. Rodriguez allegedly suffered a cardiac arrest. During his

28    hospitalization, it was allegedly determined that he was exposed to hydrogen sulfide gas which caused the

3

**COMPLAINT FOR BREACH OF CONTRACT, BAD FAITH, AND DECLARATORY RELIEF**

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

cardiac arrest. Mr. Rodriguez alleges that Bradley Land Company failed to safely operate a gas line, valve, storage tank and/or well, failed to provide proper training and instruction for its employees and failed to provide or display adequate warnings regarding the dangers of the subject area of operation. The Rodriguez complaint seeks compensatory damages up to $15,000,000.00 under theories of negligence, products liability, premises liability, and loss of consortium.

17.     Plaintiff is the owner of record for the parcel located at 3851 Telephone Rd, Santa Maria, CA 93454 (the "Premises") and leases the land to oil and gas production companies for petroleum production purposes.

18.     The Rodriguez Lawsuit makes claims during the Policy period for "bodily injury" as defined in the Policy and Plaintiff asserts that Defendant Travelers has a duty to defend Plaintiff against the Rodriguez Lawsuit as a "suit" seeking damages for bodily injury.

19.     On April 1, 2025, in accordance with the terms of the Policy, Plaintiff notified Defendant Travelers in writing of the Rodriguez Lawsuit and requested that Defendant Travelers defend Plaintiff in the Rodriguez Lawsuit.

20.     Plaintiff has performed each and every act and thing required to be performed by it under the terms and conditions of the Policy. Plaintiff has complied with all conditions and obligations under the Policy with respect to its rights to a defense from Defendant Travelers in the Rodriguez Lawsuit.

21.     On April 21, 2025, Defendant Travelers informed Plaintiff that it declines any obligation to defend Plaintiff for the claims asserted in the Rodriguez Lawsuit, despite the existence of a potential for coverage under the Policy. Defendant Travelers has taken no steps towards defending the Rodriguez Lawsuit on Plaintiff's behalf.

22.     On July 17, 2025, Plaintiff re-tendered the Rodriguez Lawsuit to Defendant Travelers citing the broad duty to defend in California which arises with a potential for coverage, and noting that Defendant Travelers denied defense without adequate investigation.

23.     On July 30, 2025, Defendant Travelers again denied Plaintiff's tender of the Rodriguez Lawsuit stating that it has no obligation to Plaintiff for the claims made in the Rodriguez Lawsuit. The denial letter failed to provide any further rationale for maintaining its coverage position, failed to resolve doubts in favor of Plaintiff, its insured, and failed to negate the potential for coverage under California law.

4

**COMPLAINT FOR BREACH OF CONTRACT, BAD FAITH, AND DECLARATORY RELIEF**

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

24.     A controversy now exists between Plaintiff and Defendants relative to their legal rights and duties under the Policy as to the following points: Plaintiff contends that Defendants have a duty to defend Plaintiff in the Rodriguez Lawsuit. Defendants contend that they are not obligated to defend the Rodriguez Lawsuit.

25.     Plaintiff desires a judicial determination of its rights and duties and a declaration as to whether Defendants are obligated under the Policy to defend the Rodriguez Lawsuit.

26.     Plaintiff demands a jury trial.

### FIRST CAUSE OF ACTION

### (Breach of Contract as to all Defendants)

27.     Plaintiff realleges and incorporates all prior allegations in the foregoing paragraphs 1 –26 as though fully set forth herein.

28.     Plaintiff has duly paid all premiums due under the Policy and performed all other conditions the Policy required it to perform.

29.     Defendants breached their obligations under the contract with Plaintiff, in that they unreasonably denied Plaintiff the benefits due under the Policy, namely, to provide a legal defense of the Rodriguez Lawsuit, despite Plaintiff's timely tender of the claim.

30.     Defendants breached the Policy contract by failing their duty to defend.

31.     As a direct and proximate result of Defendants' breach of the contractual duties owed to Plaintiff, Plaintiff has suffered damages in having to hire its own defense counsel, Musick Peeler & Garrett LLP, to defend itself in the Rodriguez Lawsuit and secure the legal services of Kirk & Simas, a professional law corporation, to prosecute this lawsuit.

32.     Therefore, plaintiff seeks judgment as prayed for below.

### SECOND CAUSE OF ACTION

### (Bad Faith Breach of Implied Covenant of Good Faith and Fair Dealing as to all Defendants)

33.     Plaintiff realleges and incorporates all prior allegations in the foregoing paragraphs 1 – 32 above as though fully set forth herein.

34.     Plaintiff alleges on information and belief that Defendants, and each of them, further knew, or in the exercise of good faith reasonably should have known that the Policy benefits were due to Plaintiff.

5

**COMPLAINT FOR BREACH OF CONTRACT, BAD FAITH, AND DECLARATORY RELIEF**

EX. A-5

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

1    Defendants, and each of them, nevertheless, maliciously, intentionally, and oppressively conducted

2    themselves willfully and wrongfully and refused, and failed to provide the benefits of the Policy to the

3    Plaintiff in bad faith, despite the fact that the benefits under the Policy were owed to Plaintiff and the

4    Plaintiff was entitled to the full benefits of the Policy.

5        35.    Plaintiff alleges on information and belief that all acts of Defendants, and each of them, as

6    herein alleged, were intended to willfully injure, harass, vex and annoy Plaintiff with a conscious disregard

7    for Plaintiff's rights and were done with the prior approval of, with the knowledge of, and/or under the

8    express direction or ratification of an officer, director, or managing agent of Defendants with knowledge

9    that the conduct would cause Plaintiff harm. Plaintiff is therefore entitled to recover punitive damages

10   pursuant to California Civil Code § 3294.

11       36.    As a proximate result of Defendants' wrongful conduct as aforementioned, Plaintiff has been

12   denied the receipt of its lawful insurance policy benefits in bad faith despite Defendants' knowledge that

13   the cited pollution exclusion does not apply to deny Plaintiff's benefits under the Policy.

14       37.    Plaintiff is informed and believes, and therefore alleges, that Defendants' actions were part

15   of a practice of Defendants which is designed, among other things, to wrongfully withhold benefits under

16   the Policy and deny valid claims with the intent of ignoring the interest of their insured. Plaintiff alleges

17   that as a direct and proximate result of Defendants' wrongful conduct, as aforesaid, Plaintiff has sustained

18   substantial harm, including but not limited to financial losses, disruption of business operations, reputational

19   damage, increased operational costs and other consequential damages, all to Plaintiff's detriment in a sum

20   to be shown according to proof.

21       38.    In adjusting Plaintiff's claim, Defendants, through their agent, Andrea Areingdale, denied

22   Plaintiff's claim and refused to defend Plaintiff without having any reasonable grounds for doing so.

23   Defendants knew that it had no reasonable grounds for denying Plaintiff's claim or acted in reckless

24   disregard of that fact, in that:

25          a.     Inadequate Investigation. Defendants, in breach of their duty to adjust Plaintiff's

26   claim in good faith and to investigate every available source of information, failed to set out to collect the

27   minimum facts necessary to support a denial of the claim, and failed to interview any person, or review

28   documents in the possession of Plaintiff. If Defendants had conducted a competent investigation, they would

6

**COMPLAINT FOR BREACH OF CONTRACT, BAD FAITH, AND DECLARATORY RELIEF**

EX. A-6

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

1    have received information showing it had no right to deny Plaintiff's claim.

2         b.   Forcing Insured to Seek Legal Redress. By denying Plaintiff's claim, Defendants,

3    knowing that it had no legal justification for doing so, purposefully forced Plaintiff to file this Complaint in

4    order to obtain the insurance proceeds to which it is entitled. Defendants forced Plaintiff to seek legal redress

5    for the purpose of coercing Plaintiff into a difficult situation hoping that it would drop its rights and claim.

6         c.   Misinterpretation. Defendants, in order to deny Plaintiff's claim, purposefully used

7    an overbroad interpretation of the Policy's definitions, knowing that this interpretation was contrary to case

8    authority in the State of California construing similar policies. This misinterpretation violates California

9    Code of Regulations Title 10, § 2695.4.

10        d.   Failure to Provide Factual and Legal Bases for Denial. Upon retender of the

11   Rodriguez Lawsuit to Defendants, Defendants rejected and denied Plaintiff's claim without providing any

12   factual or legal explanation to support their position that Defendants had no obligations to Plaintiff for

13   claims made in the Rodriguez Lawsuit. The lack of providing bases for such rejection and denial within the

14   insurer Defendants' knowledge constitutes a violation of California Code of Regulations Title 10 §

15   2695.7(b)(1) as a denial without proper investigation or explanation.

16        39.   These acts above constitute violations of California Insurance Code § 790.03 and California

17   Code of Regulations Title 10, §§ 2695 et seq.

18        40.   As a result of Defendants' violations, Plaintiff suffered harm as alleged above. Therefore,

19   plaintiff seeks judgment as prayed for below.

20                    **THIRD CAUSE OF ACTION**

21                       **(Declaratory Relief)**

22        41.   Plaintiff realleges and incorporates all prior allegations in the foregoing paragraphs 1 – 40

23   above as though fully set forth herein.

24        42.   An actual controversy has arisen and now exists between Plaintiff and Defendants

25   concerning their respective rights and duties in that Plaintiff claims that Defendants improperly denied

26   Plaintiff's claim in breach of the Policy and in breach of the covenant of good faith and fair dealing, while

27   Defendants contend that the denial of Plaintiff's claim was appropriate.

28        43.   Plaintiff desires a judicial determination of rights and duties of the respective parties, and a

7

**COMPLAINT FOR BREACH OF CONTRACT, BAD FAITH, AND DECLARATORY RELIEF**

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

1  declaration that the denial of Plaintiff's claim was improper pursuant to the terms of the Policy and

2  California law and violated the implied covenant of good faith and fair dealing.

3      44.    Plaintiff alleges that a judicial determination is necessary and appropriate at this time under

4  the circumstances in order that Plaintiff may ascertain its rights and duties with respect to its coverage under

5  the Policy and the impropriety of Defendants' denial of its claim as set forth herein.

6                          **PRAYER FOR RELIEF**

7  **WHEREFORE,** Plaintiff prays for judgment against Defendants as follows:

8  **On First Cause of Action (Breach of Contract)**

9      1.    For benefits of defense under the Policy;

10     2.    For consequential damages in a sum to be shown according to proof at trial;

11     3.    For attorney's fees in an amount to be shown according to proof at trial;

12     4.    For interest provided by law including, but not limited to, California Civil Code § 3287;

13     5.    For costs of suit incurred herein; and

14     6.    For such other and further relief as this Court deems just and proper.

15 **On Second Cause of Action (Bad Faith Breach of Implied Covenant of Good Faith and Fair Dealing)**

16     7.    For general damages according to proof at trial;

17     8.    For benefits due under the Policy in a sum to be shown according to proof at trial;

18     9.    For consequential damages in a sum to be established shown according to proof at trial;

19     10.   For exemplary damages pursuant to California Civil Code § 3294;

20     11.   For attorney's fees incurred in recovering policy benefits pursuant to *Brandt v. Superior*

21 *Court*, 37 Cal.3d 813 (1985);

22     12.   For interest provided by law including, but not limited to, California Civil Code § 3287;

23     13.   For costs of suit incurred herein; and

24     14.   For such other and further relief as this Court deems just and proper.

25 **On Third Cause of Action (Declaratory Relief)**

26     15.   For a declaration of Plaintiff's rights under the insurance policy;

27     16.   For a declaration that Defendants' denial of Plaintiff's claim was improper and in breach of

28 the terms of the Policy, and was a bad faith breach of the implied covenant of good faith and fair dealing;

8

**COMPLAINT FOR BREACH OF CONTRACT, BAD FAITH, AND DECLARATORY RELIEF**

EX. A-8

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

17.    For a declaration that Defendants are obligated and liable to pay all sums for the defense of Plaintiff in the Rodriguez Lawsuit, and that Defendants' duty to defend will continue until final resolution of the claims made against Plaintiff in the Rodriguez Lawsuit;

18.    For any other amount necessary to compensate for all the detriment proximately caused by Defendants' failure to perform their obligations under the Policy, or which would ordinarily result from such failure pursuant to California Civil Code § 2778;

19.    For attorneys' fees;

20.    For costs incurred in prosecuting this action;

21.    For such further relief as the court deems proper and just.

Dated: 10/1/2025

KIRK & SIMAS
a professional law corporation

*ALEXANDER F. SIMAS*
91A9B03CBDD2447...
Alexander F. Simas
Attorney for Plaintiff

9

**COMPLAINT FOR BREACH OF CONTRACT, BAD FAITH, AND DECLARATORY RELIEF**

EX. A-9

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

**VERIFICATION**

I, Douglas Calderon, am an authorized agent of Bradley Land Company, Plaintiff in the above-entitled action. I have read the foregoing Complaint and know the contents thereof. The same is true of my own knowledge, except as to those matters that are stated upon on information and belief and, as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: 10/1/2025

Signed by:

*Douglas Calderon*
DADF039E1FE54B2...
Douglas Calderon

10

**COMPLAINT FOR BREACH OF CONTRACT, BAD FAITH, AND DECLARATORY RELIEF**

EX. A-10

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

**EXHIBIT A TO**
**COMPLAINT FOR BREACH OF CONTRACT, BAD FAITH, AND DECLARATORY RELIEF**

**TRAVELERS INSURANCE POLICY**

*[A copy of the Travelers Insurance Policy follows on the next page.]*

**EXHIBIT A**

**COMPLAINT FOR BREACH OF CONTRACT, BAD FAITH, AND DECLARATORY RELIEF**

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4



**TRAVELERS**

**Report Claims Immediately by Calling***
**1-800-238-6225**
*Speak directly with a claim professional*
*24 hours a day, 365 days a year*

*Unless Your Policy Requires **Written** Notice or Reporting

## COMMERCIAL INSURANCE

**A Custom Insurance Policy Prepared for:**

BRADLEY LAND COMPANY, INC.
P.O. BOX 1932
SANTA MARIA CA 93456

**Presented by:  LEAVITT COASTAL VALLEY**

EX. A-12

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

**TRAVELERS J**

One Tower Square, Hartford, Connecticut 06183

TRAVELERS CORP. TEL. 1-800-328-2189
COMMERCIAL BUILDING
COMMON POLICY DECLARATIONS
ISSUE DATE: 03/31/22
POLICY NUMBER: I-660-6796X936-TIL-22

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

1. NAMED INSURED AND MAILING ADDRESS:
BRADLEY LAND COMPANY, INC.
P.O. BOX 1932
SANTA MARIA, CA 93456

2. POLICY PERIOD: From 05/18/22 to 05/18/23 12:01 A.M. Standard Time at your mailing address.

3. LOCATIONS

| Premises Bldg. | Loc. No. | No. Occupancy | Address |
|---|---|---|---|

SEE IL TO 03

4. COVERAGE PARTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:
COMMERCIAL GENERAL LIABILITY COV PART DECLARATIONS   CG TO 01 11 03 TIL

5. NUMBERS OF FORMS AND ENDORSEMENTS
FORMING A PART OF THIS POLICY:  SEE IL T8 01 10 93

6. SUPPLEMENTAL POLICIES: Each of the following is a separate policy containing its complete provisions:

| Policy | Policy No. | Insuring Company |
|---|---|---|

DIRECT BILL
7. PREMIUM SUMMARY:
Provisional Premium   $ 7,274
Due at Inception      $
Due at Each           $

NAME AND ADDRESS OF AGENT OR BROKER:
LEAVITT COASTAL VALLEY (CTM80)
204 E ENOS DR STE B
SANTA MARIA, CA 93454

COUNTERSIGNED BY:

_____
Authorized Representative

DATE:

PAGE 1 OF 1
IL TO 02 11 89 (REV. 09-07)

OFFICE: WALNUT CREEK

EX. A-13

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4


**TRAVELERS**

**POLICY NUMBER:** I-660-6796X936-TIL-22

**EFFECTIVE DATE:** 05-18-22

**ISSUE DATE:** 03-31-22

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

```
IL T0 02 11 89    COMMON POLICY DECLARATIONS
IL T8 01 10 93    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
IL T0 01 01 07    COMMON POLICY CONDITIONS
IL T0 03 04 96    LOCATION SCHEDULE
```

COMMERCIAL GENERAL LIABILITY

```
CG T0 01 11 03    COML GENERAL LIABILITY COV PART DEC
CG T0 07 09 87    DECLARATIONS PREMIUM SCHEDULE
CG T0 08 11 03    KEY TO DECLARATIONS PREMIUM SCHEDULE
CG T0 34 02 19    TABLE OF CONTENTS - COM GEN LIAB COV
CG T1 00 02 19    COMMERCIAL GENERAL LIABILITY COV FORM
CG D2 37 02 19    EXCL-REAL ESTATE DEV ACTIVITIES-COMPL OP
CG D9 10 09 21    AMENDMENT OF INTELLECTUAL PROPERTY EXCL
CG D0 86 11 03    HIRED AND NONOWNED AUTO EXCESS LIAB
CG D2 03 12 97    AMEND-NON CUMULATION OF EACH OCC
CG D2 43 01 02    FUNGI OR BACTERIA EXCLUSION
CG D4 21 07 08    AMEND CONTRAC LIAB EXCL-EXC TO NAMED INS
CG D6 18 10 11    EXCL-VIOLATION OF CONSUMER FIN PROT LAWS
CG D1 42 02 19    EXCLUSION-DISCRIMINATION
CG T3 23 08 11    EXCL - AIRCRAFT PROD AND GROUNDING
CG T3 33 11 03    LIMIT WHEN TWO OR MORE POLICIES APPLY
```

INTERLINE ENDORSEMENTS

```
IL T3 68 01 21    FED TERRORISM RISK INS ACT DISCLOSURE
IL T4 12 03 15    AMNDT COMMON POLICY COND-PROHIBITED COVG
IL T4 14 01 21    CAP ON LOSSES FROM CERT ACTS OF TERRORIS
IL 00 21 09 08    NUCLEAR ENERGY LIAB EXCL END-BROAD FORM
IL 02 70 07 20    CALIFORNIA CHGS - CANC AND NONRENEWAL
```

EX. A-14

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions:

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy or any Coverage Part by mailing or delivering to the first Named Insured written notice of cancellation at least:

   **a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   **b.** 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. If the policy is cancelled, that date will become the end of the policy period. If a Coverage Part is cancelled, that date will become the end of the policy period as respects that Coverage Part only.

5. If this policy or any Coverage Part is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us as part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:

   **a.** Make inspections and surveys at any time;

   **b.** Give you reports on the conditions we find; and

   **c.** Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   **a.** Are safe or healthful; or

   **b.** Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

1. The first Named Insured shown in the Declarations:

   **a.** Is responsible for the payment of all premiums; and

   **b.** Will be the payee for any return premiums we pay.

2. We compute all premiums for this policy in accordance with our rules, rates, rating plans, premiums and minimum premiums. The premium shown in the Declarations was computed based on rates and rules in effect at

**IL T0 01 01 07** (Rev. 09-18) Includes the copyrighted material of Insurance Services Office, Inc. with its permission.       Page 1 of 2

EX. A-15

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

the time the policy was issued. On each re-newal continuation or anniversary of the ef-fective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named in-sured.

If you die, your rights and duties will be trans-ferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary cus-tody of your property will have your rights and duties but only with respect to that property.

**G. Equipment Breakdown Equivalent to Boiler and Machinery**

On the Common Policy Declarations, the term Equipment Breakdown is understood to mean and include Boiler and Machinery and the term Boiler and Machinery is understood to mean and include Equipment Breakdown.

This policy consists of the Common Policy Declarations and the Coverage Parts and endorsements listed in that declarations form.

In return for payment of the premium, we agree with the Named Insured to provide the insurance afforded by a Coverage Part forming part of this policy. That insurance will be provided by the company indicated as insuring company in the Common Policy Declarations by the abbreviation of its name opposite that Coverage Part.

One of the companies listed below (each a stock company) has executed this policy, and this policy is counter-signed by the officers listed below:

The Travelers Indemnity Company (IND)

The Phoenix Insurance Company (PHX)

The Charter Oak Fire Insurance Company (COF)

Travelers Property Casualty Company of America (TIL)

The Travelers Indemnity Company of Connecticut (TCT)

The Travelers Indemnity Company of America (TIA)

Travelers Casualty Insurance Company of America (ACJ)

*Wendy C. Skj*

Secretary

President

EX. A-16

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

**LOCATION SCHEDULE**               **POLICY NUMBER: I-660-6796X936-TIL-22**

This Schedule of Locations and Buildings applies to the Common Policy Declarations for the period

**05-18-22 to 05-18-23** .

| Loc. No. | Bldg. No. | Address | Occupancy |
|---|---|---|---|
| 1 | 1 | 2 MI EAST OF SANTA MARIA<br>OFF TELEPHONE ROAD<br>SANTA MARIA, CA 93454 | DWELLING AND ACREAGE |
| 2 | 2 | SW 1/4 SEC 31, TWP 10, RGE 36<br>SANTA MARIA, CA 93454 | LAND LEASED |
| 3 | 3 | SW 1/4 SEC 25, TWP 10, RGE 34<br>SANTA MARIA, CA 93454 | LAND LEASED |
| 4 | 4 | 2 MI E. OF SANTA MARIA OFF<br>TELEPHONE RD.<br>SANTA MARIA, CA 93454 | MILK BARN |
| 5 | 5 | 2 MILES NE OF BONITA ROAD<br>ON BONITA LATERAL ROAD<br>SANTA MARIA, CA 93454 | LAND |

IL T0 03 04 96                                    Page    **1 (END)**

EX. A-17

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

**GENERAL LIABILITY**

EX. A-18

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

# GENERAL LIABILITY

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

**COMMERCIAL GENERAL LIABILITY**
**COVERAGE PART DECLARATIONS**

**POLICY NO.:** I-660-6796X936-TIL-22
**ISSUE DATE:** 03-31-22

**INSURING COMPANY:**
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**DECLARATIONS PERIOD:** From 05-18-22 to 05-18-23   12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

The Commercial General Liability Coverage Part consists of these Declaration s and the Coverage Form shown below.

1. **COVERAGE AND LIMITS OF INSURANCE:**

   **COMMERCIAL GENERAL LIABILITY COVERAGE FORM**                    **LIMITS OF INSURANCE**

   | | |
   |---|---:|
   | General Aggregate Limit (Other than Products-Completed Operations) | $   2,000,000 |
   | Products-Completed Operations Aggregate Limit | $   2,000,000 |
   | Personal & Advertising Injury Limit | $   2,000,000 |
   | Each Occurrence Limit | $   2,000,000 |
   | Damage To Premises Rented To You Limit (any one premises) | $     300,000 |
   | Medical Expense Limit (any one person) | $       5,000 |

2. **AUDIT PERIOD:** NONE

3. **FORM OF BUSINESS:** CORPORATION

4. **NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE PART ARE ATTACHED AS A SEPARATE LISTING.**

# COMMERCIAL GENERAL LIABILITY COVERAGE IS SUBJECT TO A GENERAL AGGREGATE LIMIT

**CG T0 01 11 03**                                                    Page 1 of 1

PRODUCER: LEAVITT COASTAL VALLEY          CTM80    OFFICE: WALNUT CREEK        418

EX. A-20

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

**DECLARATIONS PREMIUM SCHEDULE**        POLICY NUMBER: I-660-6796X936-TIL-22

This Schedule applies to the Declarations for the period of    05-18-22  to  05-18-23

It shows all of your known rating classes as of the effective date.  Any except ions will be so noted.  This includes all locations you own, rent or occupy.

| OPN NO. | LOC/ BLDG NO. | CLASS DESCRIPT/ CODE NO. | SUBLINE | PREMIUM BASE/ EXPOSURE | RATES | ADVANCE PREMIUM |
|---|---|---|---|---|---|---|
| MINIMUM PREMIUMS | | | | | | |
| | | PREM/OPS | | $239 | | |
| | | LOB | | $250 | | |
| | 1/  1 | LAND - OCCUPIED BY PERSONS OTHER THAN THE INSURED FOR BUSINESS PURPOSES - (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 002 | | 45539 EACH | PREM/OPS | T ACRE | 1,460 | 2.502 | 3,653 |
| | 2/  2 | LAND - OCCUPIED BY PERSONS OTHER THAN THE INSURED FOR BUSINESS PURPOSES - (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 003 | | 45539 EACH | PREM/OPS | T ACRE | 600 | 2.502 | 1,501 |
| | 3/  3 | LAND - OCCUPIED BY PERSONS OTHER THAN THE INSURED FOR BUSINESS PURPOSES - (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 004 | | 45539 EACH | PREM/OPS | T ACRE | 600 | 2.502 | 1,501 |
| | 5/  5 | LAND - OCCUPIED BY PERSONS OTHER THAN THE INSURED FOR BUSINESS PURPOSES - (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 005 | | 45539 EACH | PREM/OPS | T ACRE | 78 | 6.659 | 519 |

*This class is subject to the prem/ops transition program.

☐ If an "X" is entered in this box, these Declarations are completed on the Premium Schedule Extension CG    T0 12.

**CG T0 07 09 87**                                        PAGE    1

EX. A-21

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

**DECLARATIONS PREMIUM SCHEDULE**          **POLICY NUMBER:** I-660-6796X936-TIL-22

This Schedule applies to the Declarations for the period of    05-18-22   to   05-18-23

It shows all of your known rating classes as of the effective date. Any except ions will be so noted. This includes all locations you own, rent or occupy.

| OPN NO. | LOC/ BLDG NO. | CLASS DESCRIPT/ CODE NO. | SUBLINE | PREMIUM BASE/ EXPOSURE | RATES | ADVANCE PREMIUM |
|---------|---------------|--------------------------|---------|------------------------|-------|-----------------|
| | | HIRED AND NONOWNED AUTO EXCESS LIABILITY | | | | |
| 001 | | 39097 | PREM/OPS | | | 100 |
| | | COVERAGE PART TOTAL | | | | 7,274 |

*This class is subject to the prem/ops transition program.

☐ If an "X" is entered in this box, these Declarations are completed on the Premium Schedule Extension CG    T0 12.

**CG T0 07 09 87**                              PAGE    2  (END)

EX. A-22

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

## KEY TO DECLARATIONS PREMIUM SCHEDULE

**ABBREVIATIONS:**

CLASS DESCRIPT  – means CLASS DESCRIPTION

LOC/BLDG NO. – means LOCATION/BUILDING NUMBER

OPN NO. – means OPERATION NUMBER

PREM/OPS – means PREMISES/OPERATIONS

PROD/C-OPS – means PRODUCTS/COMPLETED OPERATIONS

**PREMIUM BASE:**

| Key Letter | Premium Base | How Rates Apply |
|---|---|---|
| a | Area | per 1,000 square feet |
| c | Total Cost | per $1,000 of total cost |
| m | Admissions | per 1,000 admissions |
| o | Total Operating Expense | per $1,000 of total operating  expenditures |
| p | Payroll | per $1,000 of payroll |
| s | Gross Sales | per $1,000 of gross sales |
| t | (see note* below) | (see note* below) |
| u | Units | per unit |

\*    Premium  base t applies for a number o f rarely used premium bases.
The specific base and how rates apply  are shown with the Class Description
on the DECLARATIONS-PREMIUM  SCHEDULE.

EX. A-23

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

## TABLE OF CONTENTS

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM CG T1 00 02 19

SECTION I – COVERAGES                                                    Beginning on Page

Coverage A –
**Bodily Injury and Property**         Insuring Agreement ....................................    1
**Damage Liability**
                                       Exclusions ...............................................    2

Coverage B –
**Personal and Advertising**           Insuring Agreement ....................................    6
**Injury Liability**
                                       Exclusions ...............................................    6

Coverage C –
**Medical Payments**                   Insuring Agreement ....................................    9
                                       Exclusions ...............................................    9

Supplementary Payments ....................................................................... 10

SECTION II – WHO IS AN INSURED ............................................................. 11

SECTION III – LIMITS OF INSURANCE ......................................................... 13

SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS ...................... 13

Bankruptcy ....................................................................................... 13
Duties In The Event Of Occurrence, Offense, Claim Or Suit ....................... 13
Legal Action Against Us ....................................................................... 14
Other Insurance ................................................................................. 15
Premium Audit ................................................................................... 16
Representations ................................................................................. 16
Separation Of Insureds ....................................................................... 16
Transfer Of Rights Of Recovery Against Others To Us ............................... 16
When We Do Not Renew ....................................................................... 16

SECTION V – DEFINITIONS ....................................................................... 16

CG T0 34 02 19

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

COMMERCIAL GENERAL LIABILITY

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERAGES

## COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

      (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

   b. This insurance applies to "bodily injury" and "property damage" only if:

      (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

      (2) The "bodily injury" or "property damage" occurs during the policy period; and

      (3) Prior to the policy period, no insured listed under Paragraph **1.** of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

   c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

   d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

      (1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

      (2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

      (3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

EX. A-25

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

COMMERCIAL GENERAL LIABILITY

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

2. **Exclusions**

This insurance does not apply to:

a. **Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

b. **Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided that the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured will be deemed to be damages because of "bodily injury" or "property damage", provided that:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

c. **Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

d. **Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

e. **Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

f. **Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
CG T1 00 02 19

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

COMMERCIAL GENERAL LIABILITY

is used to heat, cool or dehumidify the building, or produced by or originating from equipment that is used to heat water for personal use by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) If such "pollutants" are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible;

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed

to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire"; or

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are or were at any time performing operations to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

 © 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

COMMERCIAL GENERAL LIABILITY

**(b)** Claim or suit by or on behalf of any governmental authority or any other person or organization because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** 50 feet long or less; and

**(b)** Not being used to carry any person or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft;

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify as "mobile equipment" under the definition of "mobile equipment" if such land vehicle were not subject to a compulsory or financial responsibility law, or other motor vehicle insurance law, where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment"; or

**(6)** An aircraft that is:

**(a)** Chartered with a pilot to any insured;

**(b)** Not owned by any insured; and

**(c)** Not being used to carry any person or property for a charge.

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage" arising out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
CG T1 00 02 19

EX. A-28

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

COMMERCIAL GENERAL LIABILITY

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "premises damage". A separate limit of insurance applies to "premises damage" as described in Paragraph **6.** of Section III – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and

accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate "electronic data".

However, this exclusion does not apply to liability for damages because of "bodily injury".

**q. Unsolicited Communication**

"Bodily injury" or "property damage" arising out of any actual or alleged violation of any law that restricts or prohibits the sending, transmitting or distributing of "unsolicited communication".

**r. Access Or Disclosure Of Confidential Or Personal Information**

"Bodily injury" or "property damage" arising out of any access to or disclosure of any person's or organization's confidential or personal information.

**s. Asbestos**

**(1)** "Bodily injury" or "property damage" arising out of the actual or alleged presence or actual, alleged or threatened dispersal of asbestos, asbestos fibers or products containing asbestos, provided that the "bodily injury" or "property damage" is caused or contributed to by the hazardous properties of asbestos.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

COMMERCIAL GENERAL LIABILITY

**(2)** "Bodily injury" or "property damage" arising out of the actual or alleged presence or actual, alleged or threatened dispersal of any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapors, soot, fumes, acids, alkalis, chemicals and waste, and that are part of any claim or "suit" which also alleges any "bodily injury" or "property damage" described in Paragraph **(1)** above.

**(3)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, asbestos, asbestos fibers or products containing asbestos; or

**(b)** Claim or suit by or on behalf of any governmental authority or any other person or organization because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, asbestos, asbestos fibers or products containing asbestos.

**t.** **Employment-Related Practices**

"Bodily injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practice, policy, act or omission, such as coercion, demotion, evaluation, reassignment, discipline, failure to promote or advance, harassment, humiliation, discrimination, libel, slander, violation of the person's right of privacy, malicious prosecution or false arrest, detention or imprisonment applied to or directed at that person, regardless of whether such practice, policy, act or omission occurs, is applied or is committed before, during or after the time of that person's employment; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the

employment-related practices described in Paragraph **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the "bodily injury".

Exclusions **c.** through **n.** do not apply to "premises damage". A separate limit of insurance applies to "premises damage" as described in Paragraph **6.** of Section **III** – Limits Of Insurance.

**COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**

**1.** **Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2.** **Exclusions**

This insurance does not apply to:

**a.** **Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

    © 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.    CG T1 00 02 19

EX. A-30

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

COMMERCIAL GENERAL LIABILITY

This exclusion does not apply to "personal injury" caused by malicious prosecution.

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, including publication by electronic means, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Or Used Prior To Policy Period**

(1) "Personal and advertising injury" arising out of oral or written publication, including publication by electronic means, of material whose first publication took place before the beginning of the policy period; or

(2) "Advertising injury" arising out of infringement of copyright, "title" or "slogan" in your "advertisement" whose first infringement in your "advertisement" was committed before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Because of "personal injury" assumed by you in a contract or agreement that is an "insured contract", provided that the "personal injury" is caused by an offense committed subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed by you in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured will be deemed to be damages because of "personal injury", provided that:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed by you in the same "insured contract"; and

(b) Such attorneys' fees and litigation expenses are for defense of that party

against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**f. Breach Of Contract**

"Advertising injury" arising out of a breach of contract.

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Intellectual Property**

"Personal and advertising injury" arising out of any actual or alleged infringement or violation of any of the following rights or laws, or any other "personal and advertising injury" alleged in any claim or "suit" that also alleges any such infringement or violation:

(1) Copyright;

(2) Patent;

(3) Trade dress;

(4) Trade name;

(5) Trademark;

(6) Trade secret; or

(7) Other intellectual property rights or laws.

This exclusion does not apply to:

(1) "Advertising injury" arising out of any actual or alleged infringement or violation of another's copyright, "title" or "slogan" in your "advertisement"; or

(2) Any other "personal and advertising injury" alleged in any claim or "suit" that also alleges any such infringement or violation of another's copyright, "title" or "slogan" in your "advertisement".

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" caused by an offense committed by an insured whose business is:

(1) Advertising, "broadcasting" or publishing;

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

EX. A-31

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

COMMERCIAL GENERAL LIABILITY

**(2)** Designing or determining content of websites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **a.(1), (2)** and **(3)** of the definition of "personal injury".

For the purposes of this exclusion:

**(1)** Creating and producing correspondence written in the conduct of your business, bulletins, financial or annual reports, or newsletters about your goods, products or services will not be considered the business of publishing; and

**(2)** The placing of frames, borders or links, or advertising, for you or others anywhere on the Internet will not, by itself, be considered the business of advertising, "broadcasting" or publishing.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts or owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-Related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of any governmental authority or any other person or organization because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or

neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury" arising out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Unsolicited Communication**

"Personal and advertising injury" arising out of any actual or alleged violation of any law that restricts or prohibits the sending, transmitting or distributing of "unsolicited communication".

**q. Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information.

**r. Asbestos**

**(1)** "Personal and advertising injury" arising out of the actual or alleged presence or actual, alleged or threatened dispersal of asbestos, asbestos fibers or products containing asbestos, provided that the "personal and advertising injury" is caused or contributed to by the hazardous properties of asbestos.

**(2)** "Personal and advertising injury" arising out of the actual or alleged presence or actual, alleged or threatened dispersal of any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapors, soot, fumes, acids, alkalis, chemicals and waste, and that are part of any claim or "suit" which also alleges any "personal and advertising injury" described in Paragraph **(1)** above.

**(3)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or

 © 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.   CG T1 00 02 19

EX. A-32

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

COMMERCIAL GENERAL LIABILITY

assess the effects of, asbestos, asbestos fibers or products containing asbestos; or

**(b)** Claim or suit by or on behalf of any governmental authority or any other person or organization because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, asbestos, asbestos fibers or products containing asbestos.

**s. Employment-Related Practices**

"Personal injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practice, policy, act or omission, such as coercion, demotion, evaluation, reassignment, discipline, failure to promote or advance, harassment, humiliation, discrimination, libel, slander, violation of the person's right of privacy, malicious prosecution or false arrest, detention or imprisonment applied to or directed at that person, regardless of whether such practice, policy, act or omission occurs, is applied or is committed before, during or after the time of that person's employment; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal injury" to that person at whom any of the employment-related practices described in Paragraph **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the "personal injury".

**COVERAGE C – MEDICAL PAYMENTS**

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage A.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

EX. A-33

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

COMMERCIAL GENERAL LIABILITY

**SUPPLEMENTARY PAYMENTS**

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

   a. All expenses we incur.

   b. Up to $2,500 for the cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

   c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

   d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $500 a day because of time off from work.

   e. All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

   f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

   g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

   These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

   a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

   b. This insurance applies to such liability assumed by the insured;

   c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

   d. The allegations in the "suit" and the information we know about the "occurrence" or offense are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

   e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

   f. The indemnitee:

      (1) Agrees in writing to:

         (a) Cooperate with us in the investigation, settlement or defense of the "suit";

         (b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

         (c) Notify any other insurer whose coverage is available to the indemnitee; and

         (d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

      (2) Provides us with written authorization to:

         (a) Obtain records and other information related to the "suit"; and

         (b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section I – Coverages – Coverage **A** – Bodily Injury And Property Damage Liability or Paragraph **2.e.** of Section I – Coverages – Coverage **B** – Personal And Advertising Injury Liability, such payments will not be deemed to be damages for "bodily injury", "property damage" or "personal injury", and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
CG T1 00 02 19

EX. A-34

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

COMMERCIAL GENERAL LIABILITY

a. We have used up the applicable limit of insurance in the payment of judgments, settlements or medical expenses; or

b. The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**SECTION II – WHO IS AN INSURED**

1. If you are designated in the Declarations as:

   a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

   b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

   c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

   d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

   e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2. Each of the following is also an insured:

   a. Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

      (1) "Bodily injury" or "personal injury":

         (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer

workers" while performing duties related to the conduct of your business;

         (b) To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

         (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

         (d) Arising out of his or her providing or failing to provide professional health care services.

      Unless you are in the business or occupation of providing professional health care services, Paragraphs **(1)(a)**, **(b)**, **(c)** and **(d)** above do not apply to "bodily injury" arising out of providing or failing to provide first aid or "Good Samaritan services" by any of your "employees" or "volunteer workers", other than an employed or volunteer doctor. Any such "employees" or "volunteer workers" providing or failing to provide first aid or "Good Samaritan services" during their work hours for you will be deemed to be acting within the scope of their employment by you or performing duties related to the conduct of your business.

      (2) "Property damage" to property:

         (a) Owned, occupied or used by;

         (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

      you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

   b. Any person (other than your "employee" or "volunteer worker"), or any organization, while acting as your real estate manager.

   c. Any person or organization having proper temporary custody of your property if you die, but only:

      (1) With respect to liability arising out of the maintenance or use of that property; and

      (2) Until your legal representative has been appointed.

---

**CG T1 00 02 19**          © 2017 The Travelers Indemnity Company. All rights reserved.          Page 11 of 21
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

COMMERCIAL GENERAL LIABILITY

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**e.** Any person or organization that, with your express or implied consent, either uses or is responsible for the use of a watercraft that you do not own that is:

**(1)** 50 feet long or less; and

**(2)** Not being used to carry any person or property for a charge.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and of which you are the sole owner or in which you maintain an ownership interest of more than 50%, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

For the purposes of Paragraph **1.** of Section **II** – Who Is An Insured, each such organization will be deemed to be designated in the Declarations as:

**a.** An organization, other than a partnership, joint venture or limited liability company; or

**b.** A trust;

as indicated in its name or the documents that govern its structure.

**4.** Any person or organization that is a premises owner, manager or lessor and that you have agreed in a written contract or agreement to include as an additional insured on this Coverage Part is an insured, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" that:

**a.** Is "bodily injury" or "property damage" that occurs, or is "personal and advertising injury" caused by an offense that is committed, subsequent to the signing of that contract or agreement; and

**b.** Arises out of the ownership, maintenance or use of that part of any premises leased to you.

The insurance provided to such premises owner, manager or lessor is subject to the following provisions:

**a.** The limits of insurance provided to such premises owner, manager or lessor will be the minimum limits that you agreed to provide in the written contract or agreement, or the limits shown in the Declarations, whichever are less.

**b.** The insurance provided to such premises owner, manager or lessor does not apply to:

**(1)** Any "bodily injury" or "property damage" that occurs, or "personal and advertising injury" caused by an offense that is committed, after you cease to be a tenant in that premises; or

**(2)** Structural alterations, new construction or demolition operations performed by or on behalf of such premises owner, manager or lessor.

**5.** Any person or organization that is an equipment lessor and that you have agreed in a written contract or agreement to include as an additional insured on this Coverage Part is an insured, but only with respect to liability for "bodily injury", "property damage", or "personal and advertising injury" that:

**a.** Is "bodily injury" or "property damage" that occurs, or is "personal and advertising injury" caused by an offense that is committed, subsequent to the signing of that contract or agreement; and

**b.** Is caused, in whole or in part, by your acts or omissions in the maintenance, operation or use of equipment leased to you by such equipment lessor.

The insurance provided to such equipment lessor is subject to the following provisions:

**a.** The limits of insurance provided to such equipment lessor will be the minimum limits that you agreed to provide in the written contract or agreement, or the limits shown in the Declarations, whichever are less.

**b.** The insurance provided to such equipment lessor does not apply to any "bodily injury" or "property damage" that occurs, or "personal and advertising injury" caused by an offense that is committed, after the equipment lease expires.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CG T1 00 02 19

EX. A-36

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

COMMERCIAL GENERAL LIABILITY

venture or limited liability company that is not shown as a Named Insured in the Declarations. This paragraph does not apply to any such partnership, joint venture or limited liability company that otherwise qualifies as an insured under Section **II** – Who Is An Insured.

## SECTION III – LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made or "suits" brought; or

   c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

   a. Medical expenses under Coverage **C**;

   b. Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

   c. Damages under Coverage **B**.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal injury" and "advertising injury" sustained by any one person or organization.

5. Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   a. Damages under Coverage **A**; and

   b. Medical expenses under Coverage **C**;

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

   For the purposes of determining the applicable Each Occurrence Limit, all related acts or omissions committed in providing or failing to provide first aid or "Good Samaritan services" to any one person will be deemed to be one "occurrence".

6. Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "premises damage" to any one premises. The Damage To Premises Rented To You Limit will be:

   a. The amount shown for the Damage To Premises Rented To You Limit in the Declarations of this Coverage Part; or

   b. $300,000 if no amount is shown for the Damage To Premises Rented To You Limit in the Declarations of this Coverage Part.

7. Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b. If a claim is made or "suit" is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or "suit" and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

EX. A-37

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

COMMERCIAL GENERAL LIABILITY

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**e.** The following provisions apply to Paragraph **a.** above, but only for purposes of the insurance provided under this Coverage Part to you or any insured listed in Paragraph **1.** or **2.** of Section **II** – Who Is An Insured:

**(1)** Notice to us of such "occurrence" or offense must be given as soon as practicable only after the "occurrence" or offense is known to you (if you are an individual), any of your partners or members who is an individual (if you are a partnership or joint venture), any of your managers who is an individual (if you are a limited liability company), any of your "executive officers" or directors (if you are an organization other than a partnership, joint venture, or limited liability company), any of your trustees who is an individual (if you are a trust) or any "employee" authorized by you to give notice of an "occurrence" or offense.

**(2)** If you are a partnership, joint venture, limited liability company or trust, and none of your partners, joint venture members, managers or trustees are individuals, notice to us of such "occurrence" or offense must be given as soon as practicable only after the "occurrence" or offense is known by:

**(a)** Any individual who is:

**(i)** A partner or member of any partnership or joint venture;

**(ii)** A manager of any limited liability company;

**(iii)** An executive officer or director of any other organization; or

**(iv)** A trustee of any trust;

that is your partner, joint venture member, manager or trustee; or

**(b)** Any employee authorized by such partnership, joint venture, limited liability company, trust or other organization to give notice of an "occurrence" or offense.

**(3)** Notice to us of such "occurrence" or offense will be deemed to be given as soon as practicable if it is given in good faith as soon as practicable to your workers' compensation insurer. This applies only if you subsequently give notice to us of the "occurrence" or offense as soon as practicable after any of the persons described in Paragraph **e.(1)** or **(2)** above discovers that the "occurrence" or offense may result in sums to which the insurance provided under this Coverage Part may apply.

However, if this policy includes an endorsement that provides limited coverage for "bodily injury" or "property damage" or pollution costs arising out of a discharge, release or escape of "pollutants" which contains a requirement that the discharge, release or escape of "pollutants" must be reported to us within a specific number of days after its abrupt commencement, this Paragraph **e.** does not affect that requirement.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured, and the claimant or the claimant's legal representative.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**CG T1 00 02 19**

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

COMMERCIAL GENERAL LIABILITY

**4. Other Insurance**

If valid and collectible other insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as described in Paragraphs **a.** and **b.** below.

As used anywhere in this Coverage Part, other insurance means insurance, or the funding of losses, that is provided by, through or on behalf of:

**(i)** Another insurance company;

**(ii)** Us or any of our affiliated insurance companies, except when the Non cumulation of Each Occurrence Limit provision of Paragraph **5.** of Section **III** – Limits Of Insurance or the Non cumulation of Personal and Advertising Injury Limit provision of Paragraph **4.** of Section **III** – Limits of Insurance applies because the Amendment – Non Cumulation Of Each Occurrence Limit Of. Liability And Non Cumulation Of Personal And Advertising Injury Limit endorsement is included in this policy;

**(iii)** Any risk retention group; or

**(iv)** Any self-insurance method or program, in which case the insurer will be deemed to be the provider of other insurance.

Other insurance does not include umbrella insurance, or excess insurance, that was bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

As used anywhere in this Coverage Part, other insurer means a provider of other insurance. As used in Paragraph **c.** below, insurer means a provider of insurance.

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below, except when Paragraph **d.** below applies.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is insurance for "premises damage";

**(iii)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to any exclusion in this Coverage Part that applies to aircraft, "autos" or watercraft;

**(iv)** That is insurance available to a premises owner, manager or lessor that qualifies as an insured under Paragraph **4.** of Section **II** – Who Is An Insured, except when Paragraph **d.** below applies; or

**(v)** That is insurance available to an equipment lessor that qualifies as an insured under Paragraph **5.** of Section **II** – Who Is An Insured, except when Paragraph **d.** below applies.

**(b)** Any of the other insurance, whether primary, excess, contingent or on any other basis, that is available to the insured when the insured is an additional insured, or is any other insured that does not qualify as a named insured, under such other insurance.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

 © 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

EX. A-39

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

COMMERCIAL GENERAL LIABILITY

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**d. Primary And Non-Contributory Insurance If Required By Written Contract**

If you specifically agree in a written contract or agreement that the insurance afforded to an insured under this Coverage Part must apply on a primary basis, or a primary and non-contributory basis, this insurance is primary to other insurance that is available to such insured which covers such insured as a named insured, and we will not share with that other insurance, provided that:

**(1)** The "bodily injury" or "property damage" for which coverage is sought occurs; and

**(2)** The "personal and advertising injury" for which coverage is sought is caused by an offense that is committed;

subsequent to the signing of that contract or agreement by you.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

The unintentional omission of, or unintentional error in, any information provided by you which we relied upon in issuing this policy will not prejudice your rights under this insurance. However, this provision does not affect our right to collect additional premium or to exercise our rights of cancellation or nonrenewal in accordance with applicable insurance laws or regulations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding websites, only that part of a website that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

    © 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.    CG T1 00 02 19

EX. A-40

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

COMMERCIAL GENERAL LIABILITY

2. "Advertising injury":

   a. Means injury caused by one or more of the following offenses:

     (1) Oral or written publication, including publication by electronic means, of material in your "advertisement" that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that the claim is made or the "suit" is brought by a person or organization that claims to have been slandered or libeled, or that claims to have had its goods, products or services disparaged;

     (2) Oral or written publication, including publication by electronic means, of material in your "advertisement" that:

       (a) Appropriates a person's name, voice, photograph or likeness; or

       (b) Unreasonably places a person in a false light; or

     (3) Infringement of copyright, "title" or "slogan" in your "advertisement", provided that the claim is made or the "suit" is brought by a person or organization that claims ownership of such copyright, "title" or "slogan".

   b. Includes "bodily injury" caused by one or more of the offenses described in Paragraph **a.** above.

3. "Auto" means:

   a. A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

   b. Any other land vehicle that is subject to a compulsory or financial responsibility law, or other motor vehicle insurance law, where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

4. "Bodily injury" means:

   a. Physical harm, including sickness or disease, sustained by a person; or

   b. Mental anguish, injury or illness, or emotional distress, resulting at any time from such physical harm, sickness or disease.

5. "Broadcasting" means transmitting any audio or visual material for any purpose:

   a. By radio or television; or

   b. In, by or with any other electronic means of communication, such as the Internet, if that material is part of:

     (1) Radio or television programming being transmitted;

     (2) Other entertainment, educational, instructional, music or news programming being transmitted; or

     (3) Advertising transmitted with any of such programming.

6. "Coverage territory" means:

   a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

   b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

   c. All other parts of the world if the injury or damage arises out of:

     (1) Goods or products made or sold by you in the territory described in Paragraph **a.** above;

     (2) The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

     (3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits in the territory described in Paragraph **a.** above, or in a settlement we agree to.

7. "Electronic data" means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

8. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

9. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

EX. A-41

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

COMMERCIAL GENERAL LIABILITY

10. "Good Samaritan services" means any emergency medical services for which no compensation is demanded or received.

11. "Hostile fire" means a fire which becomes uncontrollable or breaks out from where it was intended to be.

12. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

13. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for "premises damage" is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury", "property damage" or "personal injury" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraph f. does not include that part of any contract or agreement:

   (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle,

tracks, roadbeds, tunnel, underpass or crossing;

   (2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

      (a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

      (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

   (3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in Paragraph (2) above and supervisory, inspection, architectural or engineering activities.

14. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

15. "Loading or unloading" means the handling of property:

   a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   b. While it is in or on an aircraft, watercraft or "auto"; or

   c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

   but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

16. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   b. Vehicles maintained for use solely on or next to premises you own or rent;

   c. Vehicles that travel on crawler treads;

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CG T1 00 02 19

EX. A-42

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

    **(1)** Power cranes, shovels, loaders, diggers or drills; or

    **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in Paragraph **a.**, **b.**, **c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

    **(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

    **(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraph **a.**, **b.**, **c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

    **(1)** Equipment designed primarily for:

        **(a)** Snow removal;

        **(b)** Road maintenance, but not construction or resurfacing; or

        **(c)** Street cleaning;

    **(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

    **(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicle that is subject to a compulsory or financial responsibility law, or other motor vehicle insurance law, where it is licensed or principally garaged. Such land vehicles are considered "autos".

**17.** "Occurrence" means:

**a.** An accident, including continuous or repeated exposure to substantially the same general harmful conditions; or

**b.** An act or omission committed in providing or failing to provide first aid or "Good Samaritan services" to a person, unless you are in the business or occupation of providing professional health care services.

**18.** "Personal and advertising injury" means "personal injury" or "advertising injury".

**19.** "Personal injury":

**a.** Means injury, other than "advertising injury", caused by one or more of the following offenses:

    **(1)** False arrest, detention or imprisonment;

    **(2)** Malicious prosecution;

    **(3)** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, provided that the wrongful eviction, wrongful entry or invasion of the right of private occupancy is committed by or on behalf of the owner, landlord or lessor of that room, dwelling or premises;

    **(4)** Oral or written publication, including publication by electronic means, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that the claim is made or the "suit" is brought by a person or organization that claims to have been slandered or libeled, or that claims to have had its goods, products or services disparaged; or

    **(5)** Oral or written publication, including publication by electronic means, of material that:

        **(a)** Appropriates a person's name, voice, photograph or likeness; or

        **(b)** Unreasonably places a person in a false light.

**b.** Includes "bodily injury" caused by one or more of the offenses described in Paragraph **a.** above.

**20.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

 © 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

COMMERCIAL GENERAL LIABILITY

21. "Premises damage" means:

a. With respect to the first paragraph of the exceptions in Exclusion **j.** of Section I – Coverage **A** – Bodily Injury And Property Damage Liability, "property damage" to any premises while rented to you for a period of seven or fewer consecutive days, including the contents of such premises; or

b. With respect to the exception to Exclusions **c.** through **n.** in the last paragraph of Paragraph **2.** of Section I – Coverage **A** – Bodily Injury And Property Damage Liability, "property damage" to any premises while rented to you for a period of more than seven consecutive days, or while temporarily occupied by you with permission of the owner, caused by:

(1) Fire;

(2) Explosion;

(3) Lightning;

(4) Smoke resulting from fire, explosion or lightning; or

(5) Water.

But "premises damage" under this Paragraph **b.** does not include "property damage" to any premises caused by:

(1) Rupture, bursting, or operation of pressure relief devices;

(2) Rupture or bursting due to expansion or swelling of the contents of any building or structure caused by or resulting from water; or

(3) Explosion of steam boilers, steam pipes, steam engines or steam turbines.

22. "Products-completed operations hazard":

a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1) Products that are still in your physical possession; or

(2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

(a) When all of the work called for in your contract has been completed.

(b) When all of the work to be done at the job site has been completed if your

contract calls for work at more than one job site.

(c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

b. Does not include "bodily injury" or "property damage" arising out of:

(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

(2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

(3) Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

23. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use will be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use will be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, "electronic data" is not tangible property.

24. "Slogan":

a. Means a phrase that others use for the purpose of attracting attention in their advertising.

b. Does not include a phrase used as, or in, the name of:

(1) Any person or organization, other than you; or

(2) Any business, or any of the premises, goods, products, services or work, of any person or organization, other than you.

     © 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.     CG T1 00 02 19

EX. A-44

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

COMMERCIAL GENERAL LIABILITY

**25.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

    **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

    **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**26.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**27.** "Title" means a name of a literary or artistic work.

**28.** "Unsolicited communication" means any communication, in any form, that the recipient of such communication did not specifically request to receive.

**29.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**30.** "Your product":

    **a.** Means:

        **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

            **(a)** You;

            **(b)** Others trading under your name; or

            **(c)** A person or organization whose business or assets you have acquired; and

        **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

    **b.** Includes:

        **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

        **(2)** The providing of or failure to provide warnings or instructions.

    **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**31.** "Your work":

    **a.** Means:

        **(1)** Work or operations performed by you or on your behalf; and

        **(2)** Materials, parts or equipment furnished in connection with such work or operations.

    **b.** Includes:

        **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

        **(2)** The providing of or failure to provide warnings or instructions.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

EX. A-45

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – REAL ESTATE DEVELOPMENT ACTIVITIES – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

1. The following exclusion is added to Paragraph **2., Exclusions**, of **SECTION I – COVERAGES – COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

   **Real Estate Development Activities**

   "Bodily injury" or "property damage" included in the "products-completed operations hazard" and arising out of any "real estate development activities" by or on behalf of any insured.

2. The following is added to Paragraph **b.(3)** of the definition of "products-completed operations hazard" in the **DEFINITIONS** Section:

   However, this Paragraph **(3)** does not apply to any "real estate development activities" by or on behalf of any insured.

3. The following is added to the **DEFINITIONS** Section:

   "Real estate development activities":

   **a.** Means the design, site preparation, construction, marketing or sales of residential, commercial or industrial buildings.

   **b.** Does not include repair, maintenance, renovation, alteration or addition to an existing building owned by the Named Insured.

CG D2 37 02 19     © 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission    Page 1 of 1

EX. A-46

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INTELLECTUAL PROPERTY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following replaces Exclusion **i.**, **Intellectual Property**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY:**

**i.    Intellectual Property**

"Personal and advertising injury" arising out of any actual or alleged infringement or violation of any of the following rights or laws, or any other "personal and advertising injury" alleged in any claim or suit that also alleges any such infringement or violation:

(1) Copyright;

(2) Patent;

(3) Trade dress;

(4) Trade name;

(5) Trademark;

(6) Trade secret; or

(7) Other intellectual property rights or laws.

This exclusion applies regardless of whether the allegation of infringement or violation of any of these rights or laws is made by any person or organization making the claim or bringing the suit, by any insured or by any other party to the claim or suit.

This exclusion does not apply to:

(1) "Advertising injury" arising out of any actual or alleged infringement or violation of another's copyright, "title" or "slogan" in your "advertisement"; or

(2) Any other "personal and advertising injury" alleged in any claim or "suit" that also alleges any such infringement or violation of another's copyright, "title" or "slogan" in your "advertisement".

EX. A-47

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

COMMERCIAL GENERAL LIABILITY

POLICY NUMBER: I-660-6796X936-TIL-22          ISSUE DATE: 03-31-22

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# HIRED AND NONOWNED AUTO EXCESS LIABILITY ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**SCHEDULE**

| COVERAGE | ADDITIONAL PREMIUM |
|---|---|
| Hired and Nonowned Auto Liability | $          100 |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement).

**PROVISIONS**

**A. COVERAGE**

If a premium charge is shown in the Schedule, above the insurance provided under **Section I – Coverage A – Bodily Injury And Property Damage Liability** applies to "bodily injury" and "property damage" arising out of the maintenance or use of a "hired auto" or "nonowned auto".

**B. EXCLUSIONS**

With respect to the insurance provided by this endorsement:

1. The exclusions, under **Section I – Coverage A – Bodily Injury And Property Damage Liability**, other than exclusions **a., b., d., e., f.** and **i.** and the Nuclear Energy Liability Exclusion (Broad Form) are deleted and replaced by the following:

   **a.** "Bodily injury" to any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment.

   **b.** "Property damage" to:

      **(1)** Property owned or being transported by, or rented or loaned to the insured; or

      **(2)** Property in the care, custody or control of the insured.

**C. WHO IS AN INSURED**

**Section II – Who Is An Insured** is replaced by the following:

Each of the following is an insured under this insurance to the extent set forth below:

1. You;

2. Anyone else including any partner or "executive officer" of yours while using with your permission a "hired auto" or a "nonowned auto" except:

   **a.** The owner or lessee (of whom you are a sublessee) of a "hired auto" or the owner or lessee of a "nonowned auto" or any agent or "employee" of any such owner or lessee;

   **b.** Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household;

   **c.** Your "employee" if the covered "auto" is leased, hired or rented by him or her or a member of his or her household under a lease or rental agreement for a period of 180 days or more;

   **d.** Any partner or "executive officer" with respect to any "auto" owned by such partner or officer or a member of his or her household;

   **e.** Any partner or "executive officer" with respect to any "auto" leased or rented to such partner or officer or a member of his or her household under a lease or rental agreement for a period of 180 days or more;

   **f.** Any person while employed in or otherwise engaged in duties in connection with an "auto business", other than an "auto business" you operate;

   **g.** Anyone other than your "employees", partners, a lessee or borrower or any of

CG D0 86 11 03          Copyright, The Travelers Indemnity Company, 2003          Page 1 of 2
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

EX. A-48

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

COMMERCIAL GENERAL LIABILITY

their "employees", while moving property to or from a "hired auto" or a "nonowned auto"; or

**3.** Any other person or organization, but only with respect to their liability because of acts or omissions of an insured under **1.** or **2.** above.

**D. AMENDED DEFINITIONS**

The Definition of "insured contract" in **Section V – Definitions** is amended by the addition of the following exceptions to paragraph **f.**:

Paragraph **f.** does not include that part of any contract or agreement:

**(4)** That pertains to the loan, leas e or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

**(5)** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

**E. ADDITIONAL DEFINITIONS**

**Section V – Definitions** is amended by the addition of the following definitions:

**1.** "Auto Business" means the business or occupation of selling, repairing, servicing, storing or parking "autos."

**2.** "Hired auto" means any "auto" you lease, hire, rent or borrow. Th is does not include:

**a.** Any "auto" you lease, hire or rent under a lease or rental agreement for a period of 180 days or more, or

**b.** Any "auto" you lease, hire, rent or borrow from any of your "employees", partners, stockholders, or members of their households.

**3.** Nonowned auto" means any "autos" you do not own, lease, hire, rent or borrow that are being used in the course and scope of your business at the time of an "occurrence". This includes "autos" owned by your "employees" or partners or members of their households but only while being used in the course and scope of your business at the time of an "occurrence".

If you are a sole proprietor, "nonowned auto" means any "autos" you do not own, lease, hire, rent or borrow that are being used in the course and scope of your business or personal affairs at the time of an "occurrence".

**F. CONDITIONS**

The insurance provided by this endorsement is excess over any of the other insurance, whether primary, excess, contingent or on any other ba sis, that applies to "bodily injury" or "property damage" arising out of the maintenance or use of a "hired auto" or "nonowned auto."

 Copyright, The Travelers Indemnity Company, 2003 **CG D0 86 11 03**
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

EX. A-49

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT – NON CUMULATION OF EACH OCCURRENCE LIMIT OF LIABILITY and NON CUMULATION OF PERSONAL and ADVERTISING INJURY LIMIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**1.** Paragraph 5 of SECTION III – LIMITS OF INSUR-ANCE, is amended to include the following:

Non cumulation of Each Occurrence Limit – If one "occurrence" causes "bodily injury" and/or "property damage" during the policy period and during the policy period of one or more prior and/or future policies that include a commercial general liability coverage part for the insured issued by us or any affiliated insurance company, the amount we will pay is limited. This policy's Each Occurrence Limit will be reduced by the amount of each payment made by us and any affiliated insurance company under the other policies because of such "occurrence".

**2.** Paragraph 4 of SECTION III – LIMITS OF INSUR-ANCE, is amended to include the following:

Non cumulation of Personal and Advertising Limit – If "personal injury" and/or "advertising injury" is sustained by any one person or organization during the policy period and during the policy period of one or more prior and/or future policies that include a commercial general liability coverage part for the insured issued by us or any affiliated insurance company, the amount we will pay is limited. This policy's Personal Injury and Advertising Injury Limit will be reduced by the amount of each payment made by us and any affiliated insurance company under the other policies because of such "personal injury" and/or "advertising injury".

EX. A-50

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2.,** Exclusions **of Section I – Coverage A – Bodily Injury And Property Damage:**

**2. Exclusions**

This insurance does not apply to :

**Fungi or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for consumption.

**B.** The following exclusion is added to Paragraph **2.,** Exclusions of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to :

**Fungi or Bacteria**

**a.** "Personal injury" or "advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

EX. A-51

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF CONTRACTUAL LIABILITY EXCLUSION – EXCEPTION FOR DAMAGES ASSUMED IN AN INSURED CONTRACT APPLIES ONLY TO NAMED INSURED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## PROVISIONS

1. The following replaces Paragraph **(2)** of Exclusion **b.**, **Contractual Liability**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY:**

   **(2)** Assumed by you in a contract or agreement that is an "insured contract", provided that the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed by you in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured will be deemed to be damages because of "bodily injury" or "property damage", provided that:

   **(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed by you in the same "insured contract"; and

   **(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

2. The following replaces the beginning of Paragraph **2.**, and Paragraphs **2.a.**, **b.**, **c.**, **d.** and **e.**, of **SUPPLEMENTARY PAYMENTS – COVERAGES A AND B of SECTION I – COVERAGES:**

   **2.** If we defend you against a "suit" and your indemnitee is also named as a party to the "suit", we will have the right and duty to defend that indemnitee if all of the following conditions are met:

   **a.** The "suit" against the indemnitee seeks damages for which you have assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

   **b.** This insurance applies to such liability assumed by you;

   **c.** The obligation to defend, or the cost of the defense of, that indemnitee has also been assumed by you in the same "insured contract";

   **d.** The allegations in the "suit" and the information we know about the "occurrence" or offense are such that we determine that no conflict exists between your interests and the interests of the indemnitee;

   **e.** You and the indemnitee ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend you and the indemnitee; and

3. The following replaces the last sentence of Paragraph **2.** of **SUPPLEMENTARY PAYMENTS – COVERAGES A AND B of SECTION I – COVERAGES:**

   Our obligation to defend your indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

   **a.** We have used up the applicable limit of insurance in the payment of judgments, settlements or medical expenses; or

   **b.** The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

© 2008 The Travelers Companies, Inc.
Includes the copyrighted material of Insurance Services Office, Inc. with its permission.

EX. A-52

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – VIOLATION OF CONSUMER FINANCIAL PROTECTION LAWS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

1. The following exclusion is added to Paragraph **2., Exclusions, of SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY:**

   **Violation Of Consumer Financial Protection Laws**

   "Bodily injury" or "property damage" arising out of any actual or alleged violation of a "consumer financial protection law", or any other "bodily injury" or "property damage" alleged in any claim or "suit" that also alleges any such violation.

2. The following exclusion is added to Paragraph **2., Exclusions, of SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY:**

   **Violation Of Consumer Financial Protection Laws**

   "Personal injury" or "advertising injury" arising out of any actual or alleged violation of a "consumer financial protection law", or any other "personal injury" or "advertising injury" alleged in any claim or "suit" that also alleges any such violation.

3. The following is added to the **DEFINITIONS** Section:

"Consumer financial identity information" means any of the following information for a person that is used or collected for the purpose of serving as a factor in establishing such person's eligibility for personal credit, insurance or employment, or for the purpose of conducting a business transaction:

a. Part or all of the account number, the expiration date or the balance of any credit, debit, bank or other financial account.

b. Information bearing on a person's credit worthiness, credit standing or credit capacity.

c. Social security number.

d. Drivers license number.

e. Birth date.

"Consumer financial protection law" means:

a. The Fair Credit Reporting Act (FCRA) and any of its amendments, including the Fair and Accurate Credit Transactions Act (FACTA);

b. California's Song-Beverly Credit Card Act and any of its amendments; or

c. Any other law or regulation that restricts or prohibits the collection, dissemination, transmission, distribution or use of "consumer financial identity information".

CG D6 18 10 11          © 2011 The Travelers Indemnity Company. All rights reserved.          Page 1 of 1

EX. A-53

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – DISCRIMINATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

1. The following exclusion is added to Paragraph **2., Exclusions,** of **SECTION I – COVERAGES – COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY:**

**Discrimination**

"Bodily injury" arising out of discrimination based upon a person's sex, sexual orientation, marital status, pregnancy, race, color, creed, religion, national origin, citizenship, veteran status, age, genetic information or physical or mental disability, or any other characteristic, attribute, trait, condition or status that qualifies a person for protection against discrimination under federal, state or local law.

2. The following exclusion is added to Paragraph **2., Exclusions,** of **SECTION I – COVERAGES – COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY:**

**Discrimination**

"Personal injury" arising out of discrimination based upon a person's sex, sexual orientation, marital status, pregnancy, race, color, creed, religion, national origin, citizenship, veteran status, age, genetic information or physical or mental disability, or any other characteristic, attribute, trait, condition or status that qualifies a person for protection against discrimination under federal, state or local law.

CG D1 42 02 19            © 2017 The Travelers Indemnity Company. All rights reserved.            Page 1 of 1
                    Includes copyrighted material of Insurance Services Office, Inc. with its permission.

EX. A-54

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – AIRCRAFT PRODUCTS AND GROUNDING

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**PROVISIONS**

1. The following exclusion is added to Paragraph **2., Exclusions,** of either **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** or **SECTION I – COVERAGES – PRODUCTS/COMPLETED OPERATIONS BODILY INJURY AND PROPERTY DAMAGE LIABILITY,** whichever section is included in the Coverage Part:

   **Aircraft Products And Grounding**

   "Bodily injury" or "property damage" included within the "products-completed operations hazard" and arising out of any "aircraft product" or the "grounding" of any aircraft.

2. The following is added to the **DEFINITIONS** Section:

   "Aircraft product" means:

   a. Aircraft, including missile or spacecraft, and any ground support or control equipment used with any aircraft, missile or spacecraft;

   b. Any of "your products" manufactured for, used in connection with, or incorporated into aircraft, aircraft parts, aircraft equipment or aircraft accessories, including ground handling tools and equipment;

   c. Any of "your products" used for the purpose of guidance, navigation or direction of aircraft, whether an aircraft is in flight or on the ground; or

   d. Training aids, navigation charts, navigation aids, manuals, blueprints, engineering or other data or advice, services and labor relating to such aircraft or products.

   "Grounding" means the withdrawal of one or more aircraft from flight operations or the imposition of speed, passenger or load restrictions on such aircraft, by reason of the actual, alleged or suspected existence of any defect, fault or condition in such aircraft or any part thereof:

   a. Sold, handled or distributed by the insured; or

   b. Manufactured, assembled or processed by any other person or organization:

      (1) According to specifications, plans, suggestions, orders or drawings of the insured; or

      (2) With tools, machinery or other equipment furnished to such persons or organizations by the insured;

   whether such aircraft so withdrawn or restricted are owned or operated by the same or different persons or organizations.

    © 2011 The Travelers Indemnity Company. All rights reserved.

EX. A-55

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITATION WHEN TWO OR MORE POLICIES APPLY

This endorsement modifies insurance provided under the following:

      COMMERCIAL GENERAL LIABILITY COVERAGE PART
      EMPLOYEE BENEFITS LIABILITY COVERAGE PART
      LIQUOR LIABILITY COVERAGE PART
      PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**Provisions**

1.  Injury, damage or loss might be covered by this policy and also by other policies issued to you by us or any Travelers affiliate. When these other policies contain a provision similar to this one, the amount we will pay is limited. The maximum that we will pay under all such policies combined is the highest limit that applies in any one of these policies.

2.  This does not apply to any personal liability policy or to any Umbrella, Excess or Protective Liability Policy.

EX. A-56

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

**INTERLINE
ENDORSEMENTS**

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

# INTERLINE ENDORSEMENTS

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE

This endorsement applies to the insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM
> CYBERFIRST GENERAL PROVISIONS FORM
> EMPLOYEE BENEFITS LIABILITY COVERAGE PART
> EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
> EMPLOYMENT PRACTICES LIABILITY [+] WITH IDENTITY FRAUD EXPENSE REIMBURSEMENT COVERAGE PART
> ENVIRONMENTAL HAZARD POLICY
> EXCESS FOLLOW-FORM AND UMBRELLA LIABILITY INSURANCE
> EXCESS (FOLLOWING FORM) LIABILITY INSURANCE
> LAW ENFORCEMENT LIABILITY COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> MANUFACTURERS ERRORS AND OMISSIONS LIABILITY COVERAGE PART
> MEDFIRST PRODUCTS/COMPLETED OPERATIONS, ERRORS AND OMISSIONS, AND INFORMATION SECURITY LIABILITY COVERAGE FORM
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> PUBLIC ENTITY MANAGEMENT LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART
> SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF TRANSPORTATION
> TRIBAL BUSINESS MANAGEMENT LIABILITY COVERAGE PART
> Any other Commercial Liability coverage included in this policy that is subject to the federal Terrorism Risk Insurance Act of 2002 as amended

## PROVISIONS

The federal Terrorism Risk Insurance Act of 2002 as amended ("TRIA") establishes a program under which the Federal Government may partially reimburse "Insured Losses" (as defined in TRIA) caused by "Acts Of Terrorism" (as defined in TRIA). Act Of Terrorism is defined in Section 102(1) of TRIA to mean any act that is certified by the Secretary of the Treasury – in consultation with the Secretary of Homeland Security and the Attorney General of the United States – to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States Mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

The Federal Government's share of compensation for such Insured Losses is 80% of the amount of such Insured Losses in excess of each Insurer's "Insurer Deductible" (as defined in TRIA), subject to the "Program Trigger" (as defined in TRIA). In no event, however, will the Federal Government be required to pay any portion of the amount of such Insured Losses occurring in a calendar year that in the aggregate exceeds $100 billion, nor will any Insurer be required to pay any portion of such amount provided that such Insurer has met its Insurer Deductible. Therefore, if such Insured Losses occurring in a calendar year exceed $100 billion in the aggregate, the amount of any payments by the Federal Government and any coverage provided by this policy for losses caused by Acts Of Terrorism may be reduced.

For each coverage provided by this policy that applies to such Insured Losses, the charge for such Insured Losses is included in the premium for such coverage. The charge for such Insured Losses that has been included for each such coverage is the percentage of the premium for such coverage indicated below, and does not include any charge for the portion of such Insured Losses covered by the Federal Government under TRIA:

**1%.**

---

**IL T3 68 01 21**

© 2020 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 1

EX. A-59

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COMMON POLICY CONDITIONS – PROHIBITED COVERAGE – UNLICENSED INSURANCE AND TRADE OR ECONOMIC SANCTIONS

This endorsement modifies insurance provided under the following:

ALL COVERAGES INCLUDED IN THIS POLICY

The following is added to the Common Policy Conditions:

**Prohibited Coverage – Unlicensed Insurance**

1. With respect to loss sustained by any insured, or loss to any property, located in a country or jurisdiction in which we are not licensed to provide this insurance, this insurance does not apply to the extent that insuring such loss would violate the laws or regulations of such country or jurisdiction.

2. We do not assume responsibility for:

   a. The payment of any fine, fee, penalty or other charge that may be imposed on any person or organization in any country or jurisdiction because we are not licensed to provide insurance in such country or jurisdiction; or

   b. The furnishing of certificates or other evidence of insurance in any country or jurisdiction in which we are not licensed to provide insurance.

**Prohibited Coverage – Trade Or Economic Sanctions**

We will provide coverage for any loss, or otherwise will provide any benefit, only to the extent that providing such coverage or benefit does not expose us or any of our affiliated or parent companies to:

1. Any trade or economic sanction under any law or regulation of the United States of America; or

2. Any other applicable trade or economic sanction, prohibition or restriction.

EX. A-60

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

    BOILER AND MACHINERY COVERAGE PART
    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    COMMERCIAL INLAND MARINE COVERAGE PART
    COMMERCIAL PROPERTY COVERAGE PART
    CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM
    CYBERFIRST GENERAL PROVISIONS FORM
    DELUXE PROPERTY COVERAGE PART
    EMPLOYEE BENEFITS LIABILITY COVERAGE PART
    EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
    EMPLOYMENT PRACTICES LIABILITY + WITH IDENTITY FRAUD EXPENSE REIMBURSEMENT
        COVERAGE PART
    ENVIRONMENTAL HAZARD POLICY
    EQUIPMENT BREAKDOWN COVERAGE PART
    EXCESS FOLLOW-FORM AND UMBRELLA LIABILITY INSURANCE
    EXCESS (FOLLOWING FORM) LIABILITY INSURANCE
    LAW ENFORCEMENT LIABILITY COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    MANUFACTURERS ERRORS AND OMISSIONS LIABILITY COVERAGE PART
    MEDFIRST PRODUCTS/COMPLETED OPERATIONS, ERRORS AND OMISSIONS, AND
        INFORMATION SECURITY LIABILITY COVERAGE FORM
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
    PUBLIC ENTITY MANAGEMENT LIABILITY COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART
    SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY - NEW YORK DEPARTMENT OF
        TRANSPORTATION
    TRAVELERS PROPERTY COVERAGE PART
    TRIBAL BUSINESS MANAGEMENT LIABILITY COVERAGE PART
    Any other Coverage Part or Coverage Form included in this policy that is subject to the federal Terrorism
    Risk Insurance Act of 2002 as amended

The following is added to this policy. This provision can limit coverage for any loss arising out of a "certified act of terrorism" if such loss is otherwise covered by this policy. This provision does not apply if and to the extent that coverage for the loss is excluded or limited by an exclusion or other coverage limitation for losses arising out of "certified acts of terrorism" in another endorsement to this policy.

If aggregate insured losses attributable to "certified acts of terrorism" exceed $100 billion in a calendar year and we have met our insurer deductible under "TRIA", we will not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case, insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of "TRIA", to be an act of terrorism pursuant to "TRIA". The criteria contained in "TRIA" for a "certified act of terrorism" include the following:

1.  The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to "TRIA"; and

2.  The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"TRIA" means the federal Terrorism Risk Insurance Act of 2002 as amended.

 © 2020 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

EX. A-61

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
**(Broad Form)**

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1.  The insurance does not apply:

    A.  Under any Liability Coverage, to "bodily injury" or "property damage":

        (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

        (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

    B.  Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

    C.  Under any Liability Coverage, to "bodily injury" or "property damage" resulting from

    "hazardous properties" of "nuclear material", if:

        (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

        (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

        (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2.  As used in this endorsement:

    "Hazardous properties" includes radioactive, toxic or explosive properties.

    "Nuclear material" means "source material", "special nuclear material" or "by-product material".

    "Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

    "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

IL 00 21 09 08                      © ISO Properties, Inc., 2007                      Page 1 of 2

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

    © ISO Properties, Inc., 2007    **IL 00 21 09 08**

EX. A-63

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraphs **2.** and **3.** of the **Cancellation** Common Policy Condition are replaced by the following:

**2. All Policies In Effect For 60 Days Or Less**

If this policy has been in effect for 60 days or less, and is not a renewal of a policy we have previously issued, we may cancel this policy by mailing or delivering to the first Named Insured, at the mailing address shown in the policy, and to the producer of record, advance written notice of cancellation, stating the reason for cancellation, at least:

**a.** 10 days before the effective date of cancellation if we cancel for:

(1) Nonpayment of premium; or

(2) Discovery of fraud by:

(a) Any insured or his or her representative in obtaining this insurance; or

(b) You or your representative in pursuing a claim under this policy.

**b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**3. All Policies In Effect For More Than 60 Days**

**a.** If this policy has been in effect for more than 60 days, or is a renewal of a policy

we issued, we may cancel this policy only upon the occurrence, after the effective date of the policy, of one or more of the following:

(1) Nonpayment of premium, including payment due on a prior policy we issued and due during the current policy term covering the same risks.

(2) Discovery of fraud or material misrepresentation by:

(a) Any insured or his or her representative in obtaining this insurance; or

(b) You or your representative in pursuing a claim under this policy.

(3) A judgment by a court or an administrative tribunal that you have violated a California or Federal law, having as one of its necessary elements an act which materially increases any of the risks insured against.

(4) Discovery of willful or grossly negligent acts or omissions, or of any violations of state laws or regulations establishing safety standards, by you or your representative, which materially increase any of the risks insured against.

IL 02 70 07 20                    © Insurance Services Office, Inc., 2020                    Page 1 of 4

EX. A-64

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

**(5)** Failure by you or your representative to implement reasonable loss control requirements, agreed to by you as a condition of policy issuance, or which were conditions precedent to our use of a particular rate or rating plan, if that failure materially increases any of the risks insured against.

**(6)** A determination by the Commissioner of Insurance that the:

**(a)** Loss of, or changes in, our reinsurance covering all or part of the risk would threaten our financial integrity or solvency; or

**(b)** Continuation of the policy coverage would:

**(i)** Place us in violation of California law or the laws of the state where we are domiciled; or

**(ii)** Threaten our solvency.

**(7)** A change by you or your representative in the activities or property of the commercial or industrial enterprise, which results in a materially added, increased or changed risk, unless the added, increased or changed risk is included in the policy.

**b.** We will mail or deliver advance written notice of cancellation, stating the reason for cancellation, to the first Named Insured, at the mailing address shown in the policy, and to the producer of record, at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium or discovery of fraud; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason listed in Paragraph **3.a.**

**B.** The following provision is added to the **Cancellation** Common Policy Condition:

**7. Residential Property**

This provision applies to coverage on real property which is used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenants' household personal property in a residential unit, if such coverage is written under one of the following:

**Commercial Property Coverage Part**

**Farm Coverage Part – Farm Property – Farm Dwellings, Appurtenant Structures And Household Personal Property Coverage Form**

**a.** If such coverage has been in effect for 60 days or less, and is not a renewal of coverage we previously issued, we may cancel this coverage for any reason, except as provided in **b.** and **c.** below.

**b.** We may not cancel this policy solely because the first Named Insured has:

**(1)** Accepted an offer of earthquake coverage; or

**(2)** Cancelled or did not renew a policy issued by the California Earthquake Authority (CEA) that included an earthquake policy premium surcharge.

However, we shall cancel this policy if the first Named Insured has accepted a new or renewal policy issued by the CEA that includes an earthquake policy premium surcharge but fails to pay the earthquake policy premium surcharge authorized by the CEA.

**c.** We may not cancel such coverage solely because corrosive soil conditions exist on the premises. This restriction **(c.)** applies only if coverage is subject to one of the following, which exclude loss or damage caused by or resulting from corrosive soil conditions:

**(1)** Commercial Property Coverage Part – Causes Of Loss – Special Form; or

**(2)** Farm Coverage Part – Causes Of Loss Form – Farm Property, Paragraph **D.** Covered Causes Of Loss – Special.

**d.** If a state of emergency under California Law is declared and the residential property is located in any ZIP Code within or adjacent to the fire perimeter, as determined by California Law, we may not cancel this policy for one year, beginning from the date the state of emergency is declared, solely because the dwelling or other structure is located in an area in which a wildfire has occurred. However, we may cancel:

EX. A-65

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

**(1)** When you have not paid the premium, at any time by letting you know at least 10 days before the date cancellation takes effect;

**(2)** If willful or grossly negligent acts or omissions by the Named Insured, or his or her representatives, are discovered that materially increase any of the risks insured against; or

**(3)** If there are physical changes in the property insured against, beyond the catastrophe-damaged condition of the structures and surface landscape, which result in the property becoming uninsurable.

**C.** The following is added and supersedes any provisions to the contrary:

**Nonrenewal**

**1.** Subject to the provisions of Paragraphs **C.2.** and **C.3.** below, if we elect not to renew this policy, we will mail or deliver written notice, stating the reason for nonrenewal, to the first Named Insured shown in the Declarations, and to the producer of record, at least 60 days, but not more than 120 days, before the expiration or anniversary date.

We will mail or deliver our notice to the first Named Insured, and to the producer of record, at the mailing address shown in the policy.

**2. Residential Property**

This provision applies to coverage on real property used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenants' household property contained in a residential unit, if such coverage is written under one of the following:

Commercial Property Coverage Part

Farm Coverage Part – Farm Property – Farm Dwellings, Appurtenant Structures And Household Personal Property Coverage Form

**a.** If this policy provides coverage as described in the preceding paragraph, and we elect not to renew this policy, we will mail or deliver written notice, stating the reason for nonrenewal, to the first Named Insured shown in the Declarations, and to the producer record at the mailing address shown in the

policy, at least 75 days, but not more than 120 days, before the expiration or anniversary date.

If we fail to give the first Named Insured shown in the Declarations notice of nonrenewal at least 75 days prior to the policy expiration, as required in the paragraph above, this policy, with no change in its terms and conditions, shall remain in effect for 75 days from the date that the notice of nonrenewal is delivered or mailed to the Named Insured. A notice to this effect shall be provided by us to the first Named Insured with the notice of nonrenewal.

**b.** We may elect not to renew such coverage for any reason, except as provided in Paragraphs **c.**, **d.** and **e.** below.

**c.** We will not refuse to renew such coverage solely because the first Named Insured has accepted an offer of earthquake coverage.

However, the following applies only to insurers who are associate participating insurers as established by Cal. Ins. Code Section 10089.16. We may elect not to renew such coverage after the first Named Insured has accepted an offer of earthquake coverage, if one or more of the following reasons applies:

**(1)** The nonrenewal is based on sound underwriting principles that relate to the coverages provided by this policy and that are consistent with the approved rating plan and related documents filed with the Department of Insurance as required by existing law;

**(2)** The Commissioner of Insurance finds that the exposure to potential losses will threaten our solvency or place us in a hazardous condition. A hazardous condition includes, but is not limited to, a condition in which we make claims payments for losses resulting from an earthquake that occurred within the preceding two years and that required a reduction in policyholder surplus of at least 25% for payment of those claims; or

EX. A-66

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

**(3)** We have:

**(a)** Lost or experienced a substantial reduction in the availability or scope of reinsurance coverage; or

**(b)** Experienced a substantial increase in the premium charged for reinsurance coverage of our residential property insurance policies; and

the Commissioner has approved a plan for the nonrenewals that is fair and equitable, and that is responsive to the changes in our reinsurance position.

**d.** We will not refuse to renew such coverage solely because the first Named Insured has cancelled or did not renew a policy, issued by the California Earthquake Authority, that included an earthquake policy premium surcharge.

**e.** We will not refuse to renew such coverage solely because corrosive soil conditions exist on the premises. This restriction **(e.)** applies only if coverage is subject to one of the following, which exclude loss or damage caused by or resulting from corrosive soil conditions:

**(1)** Commercial Property Coverage Part -- Causes Of Loss – Special Form; or

**(2)** Farm Coverage Part – Causes Of Loss Form -- Farm Property, Paragraph **D.** Covered Causes Of Loss – Special.

**f.** If a state of emergency under California Law is declared and the residential property is located in any ZIP Code within or adjacent to the fire perimeter, as determined by California Law, we may not nonrenew this policy for one year, beginning from the date the state of emergency is declared, solely because the dwelling or other structure is located in an area in which a wildfire has occurred.

However, we may nonrenew:

**(1)** If willful or grossly negligent acts or omissions by the Named Insured, or his or her representatives, are discovered that materially increase any of the risks insured against;

**(2)** If losses unrelated to the postdisaster loss condition of the property have occurred that would collectively render the risk ineligible for renewal; or

**(3)** If there are physical changes in the property insured against, beyond the catastrophe-damaged condition of the structures and surface landscape, which result in the property becoming uninsurable.

**3.** We are not required to send notice of nonrenewal in the following situations:

**a.** If the transfer or renewal of a policy, without any changes in terms, conditions or rates, is between us and a member of our insurance group.

**b.** If the policy has been extended for 90 days or less, provided that notice has been given in accordance with Paragraph **C.1.**

**c.** If you have obtained replacement coverage, or if the first Named Insured has agreed, in writing, within 60 days of the termination of the policy, to obtain that coverage.

**d.** If the policy is for a period of no more than 60 days and you are notified at the time of issuance that it will not be renewed.

**e.** If the first Named Insured requests a change in the terms or conditions or risks covered by the policy within 60 days of the end of the policy period.

**f.** If we have made a written offer to the first Named Insured, in accordance with the timeframes shown in Paragraph **C.1.,** to renew the policy under changed terms or conditions or at an increased premium rate, when the increase exceeds 25%.

© Insurance Services Office, Inc., 2020       **IL 02 70 07 20**

EX. A-67

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

# POLICYHOLDER NOTICES

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4



## POLICYHOLDER NOTICES

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

## IMPORTANT NOTICE – INDEPENDENT AGENT AND BROKER COMPENSATION

**NO COVERAGE IS PROVIDED BY THIS NOTICE.  THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

For information about how Travelers compensates independent agents and brokers, please visit www.travelers.com,  call our toll-free telephone number 1-866-904-8348, or request a written copy    from Marketing at One Tower Square, 2GSA, Hartford, CT 06183.

PN T4 54 01 08

Page 1 of 1

EX. A-70

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

# IMPORTANT NOTICE TO POLICYHOLDERS

## FUNGI OR BACTERIA EXCLUSION

| | |
|---|---|
| **(CG D2 43)** | **(UM 03 64)** |
| **(CG F2 41)** | **(UM 03 72)** |
| **(CG F2 43)** | **(UM 03 74)** |
| **(CG F2 44)** | **(UM 03 75)** |
| **(CG 31 31)** | |
| **(CG 31 49)** | |

**NO COVERAGE IS PROVIDED BY THIS SUMMARY NOR CAN IT BE CONSTRUED TO REPLACE ANY PROVISIONS IN YOUR POLICY. YOU SHOULD READ YOUR POLICY TO DETERMINE YOUR RIGHTS, DUTIES AND WHAT IS AND IS NOT COVERED. If there is any conflict between the policy and this summary, <u>THE PROVISIONS OF THE POLICY SHALL PREVAIL.</u>**

### PLEASE READ THIS NOTICE CAREFULLY.

We are attaching a fungi or bacteria exclusion to selected Commercial General Liability and Commercial Excess Liability (Umbrella) Insurance policies. This notice is intended to make you aware that this exclusion is being added to your policy.

If you have any questions about your insurance program, please contact your agent or local Company representative.

PN T3 35 01 02                                                   Page 1 of 1

EX. A-71

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

**EXHIBIT B TO**
**COMPLAINT FOR BREACH OF CONTRACT, BAD FAITH, AND DECLARATORY RELIEF**

**RODRIGUEZ LAWSUIT**

*[A copy of the Rodriguez Lawsuit follows on the next page.]*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT B**

**COMPLAINT FOR BREACH OF CONTRACT, BAD FAITH, AND DECLARATORY RELIEF**

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

SUM-100

# SUMMONS
## *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:** BRADLEY LAND COMPANY; GREKA OIL AND GAS,
*(AVISO AL DEMANDADO):* INC; GREKA GREEN GROUP; GREKA ENERGY;
GREKA BRADLEY CONSOLIDATED 3 ISLAND OIL PRODUCTION FACILITY; GREKA
GROUP; HVI CAY CANYON, INC; and DOES 1 TO 50, inclusive.

**YOU ARE BEING SUED BY PLAINTIFF:** JORGE RODRIGUEZ and KATHY
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* RODRIGUEZ

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*
ELECTRONICALLY FILED
Superior Court of California
County of Santa Barbara
Darrel E. Parker, Executive Officer
11/22/2024 6:23 PM
By: Erin Josie , Deputy

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Superior Court of California, County of Santa Barbara, North County<br>312 East Cook Street, Building E<br>Santa Maria, California 93454 | **CASE NUMBER:**<br>*(Número del Caso):*<br>24CV06679 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: MARC LAZARUS, ESQ, (SBN: 206680)
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
RUSSELL & LAZARUS
1401 DOVE STREET, STE. 310, NEWPORT BEACH, CA 92660                           (949)851-0222

DATE: **11/22/2024**     Clerk, by  /s/ Erin Josie          , Deputy
*(Fecha)*                 *(Secretario)*                      *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* Bradley Land Company
   under: ☒ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

SUMMONS

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov
Westlaw Doc & Form Builder

EX. A-73

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

**PLD-PI-001**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY<br>NAME: MARC LAZARUS, ESQ.; (SBN: 206680)   STATE BAR NUMBER:206680<br>FIRM NAME: RUSSELL & LAZARUS<br>STREET ADDRESS: 1401 DOVE STREET, STE. 310<br>CITY: NEWPORT BEACH   STATE: CA   ZIP CODE: 92660<br>TELEPHONE NO.: (949)851-0222   FAX NO.: (949)851-2422<br>EMAIL ADDRESS: legal@lawrussell.com<br>ATTORNEY FOR: (name): Plaintiff, JORGE RODRIGUEZ and KATHY RODRIGUEZ | FOR COURT USE ONLY<br><br>ELECTRONICALLY FILED<br>Superior Court of California<br>County of Santa Barbara<br>Darrel E. Parker, Executive Officer<br>11/22/2024 6:23 PM<br>By: Erin Josie , Deputy |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA BARBARA, NORTH COUNTY<br>STREET ADDRESS: 312 East Cook Street, Building E<br>MAILING ADDRESS: 312-C East Cook Street<br>CITY AND ZIP CODE: Santa Maria, 93454<br>BRANCH NAME: Santa Maria - Cook Division | |
| PLAINTIFF: JORGE RODRIGUEZ and KATHY RODRIGUEZ<br>DEFENDANT: BRADLEY LAND COMPANY; GREKA OIL AND GAS, INC; GREKA GREEN GROUP;<br>[X] DOES 1 TO 50 Inclusive. *Additional Parties Attachment form is attached. (Attachment One) | |
| COMPLAINT—Personal Injury, Property Damage, Wrongful Death<br>[ ] AMENDED *(Number):*<br>Type *(check all that apply):*<br>[ ] MOTOR VEHICLE  [X] OTHER *(specify):*<br>   [ ] Property Damage  [ ] Wrongful Death<br>   [X] Personal Injury  [ ] Other Damages *(specify):*<br>     1.General Negligence<br>     2.Premises Liability<br>     3.Product Liability<br>     4. Loss of Consortium | CASE NUMBER: |
| Jurisdiction *(check all that apply):*<br>[ ] ACTION IS A LIMITED CIVIL CASE (does not exceed $35,000)<br>   Amount demanded  [ ] does not exceed $10,000<br>               [ ] exceeds $10,000<br>[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $35,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint<br>   [ ] from limited to unlimited<br>   [ ] from unlimited to limited | 24CV06679 |

1. Plaintiff *(name or names):* JORGE RODRIGUEZ and KATHY RODRIGUEZ

   alleges causes of action against defendant *(name or names):* BRADLEY LAND COMPANY; GREKA OIL AND GAS, INC; GREKA GREEN GROUP; GREKA ENERGY; GREKA BRADLEY CONSOLIDATED 3 ISLAND OIL PRODUCTION FACILITY; GREKA GROUP; HVI CAY CANYON, INC; and DOES 1 TO 50, Inclusive.

2. This pleading, including attachments and exhibits, consists of the following number of pages:  9

3. Each plaintiff named above is a competent adult

  a. [ ] except plaintiff *(name):*
    (1) [ ] a corporation qualified to do business in California.
    (2) [ ] an unincorporated entity *(describe):*
    (3) [ ] a public entity *(describe):*
    (4) [ ] a minor   [ ] an adult
       (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
       (b) [ ] other *(specify):*
    (5) [ ] other *(specify):*

  b. [ ] except plaintiff *(name):*
    (1) [ ] a corporation qualified to do business in California.
    (2) [ ] an unincorporated entity *(describe):*
    (3) [ ] a public entity *(describe):*
    (4) [ ] a minor   [ ] an adult
       (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
       (b) [ ] other *(specify):*
    (5) [ ] other *(specify):*

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

| | | |
|---|---|---|
| Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001 [Rev. January 1, 2024] | COMPLAINT—Personal Injury, Property<br>Damage, Wrongful Death | Code of Civil Procedure, § 425.12<br>www.courts.ca.gov<br>Westlaw Doc & Form Builder™ |

EX. A-74

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

| | PLD-PI-001 |
|---|---|
| SHORT TITLE: RODRIGUEZ v. BRADLEY LAND COMPANY, et al. | CASE NUMBER: 24CV06679 |

4. ☐ Plaintiff (name):
    is doing business under the fictitious name (specify):

    and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

  a. ☒ except defendant (name): BRADLEY LAND COMPANY
    (1) ☐ a business organization, form unknown.
    (2) ☒ a corporation.
    (3) ☐ an unincorporated entity (describe):

    (4) ☐ a public entity (describe):

    (5) ☐ other (specify):

  c. ☒ except defendant (name): GREKA GREEN GROUP
    (1) ☒ a business organization, form unknown.
    (2) ☐ a corporation.
    (3) ☐ an unincorporated entity (describe):

    (4) ☐ a public entity (describe):

    (5) ☐ other (specify):

  b. ☒ except defendant (name): GREKA OIL AND GAS, INC
    (1) ☒ a business organization, form unknown.
    (2) ☐ a corporation.
    (3) ☐ an unincorporated entity (describe):

    (4) ☐ a public entity (describe):

    (5) ☐ other (specify):

  d. ☒ except defendant (name): GREKA ENERGY
    (1) ☒ a business organization, form unknown.
    (2) ☐ a corporation.
    (3) ☐ an unincorporated entity (describe):

    (4) ☐ a public entity (describe):

    (5) ☐ other (specify):

  ☒ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
  a. ☒ Doe defendants (specify Doe numbers): 1 to 50, Inclusive. were the agents or employees of other named defendants and acted within the scope of that agency or employment.
  b. ☒ Doe defendants (specify Doe numbers): 1 to 50, Inclusive. are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
  a. ☐ at least one defendant now resides in its jurisdictional area.
  b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
  c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
  d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
  a. ☐ has complied with applicable claims statutes, or
  b. ☐ is excused from complying because (specify):

EX. A-75

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

PLD-PI-001

| SHORT TITLE: RODRIGUEZ v. BRADLEY LAND COMPANY, et al. | CASE NUMBER: 24CV06679 |
| --- | --- |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:

   a. ☐ Motor Vehicle
   b. ☒ General Negligence
   c. ☐ Intentional Tort
   d. ☒ Products Liability
   e. ☒ Premises Liability
   f. ☒ Other *(specify):* Loss of Consortium.

11. Plaintiff has suffered *(check all that apply)*:

   a. ☒ wage loss.
   b. ☐ loss of use of property.
   c. ☒ hospital and medical expenses.
   d. ☒ general damage.
   e. ☐ property damage.
   f. ☒ loss of earning capacity.
   g. ☒ other damage *(specify):*
      COST OF SUIT; PRE-JUDGMENT INTEREST AT A RATE OF 10% PER ANNUM, AND; ANY OTHER RELIEF AS THE COURT MAY DEEM FAIR AND JUST

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages.
     (2) ☐ punitive damages.
   b. The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
     (1) ☒ according to proof.
     (2) ☐ in the amount of: $

15. ☒ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:
   PARAGRAPH 8, GN-1, PREM.L-1, PREM.L-2, PREM.L-5, PROD.L-1, PROD.L-2, PROD.L-3, PROD.L-4, PROD.L-5, Attachment 1, Attachment 2.

Date: November 27, 2024

MARC LAZARUS, ESQ.
(TYPE OR PRINT NAME)               (SIGNATURE OF PLAINTIFF OR ATTORNEY)

EX. A-76

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

MC-025

| SHORT TITLE: RODRIGUEZ v. BRADLEY LAND COMPANY, et al. | CASE NUMBER: 24CV06679 |
|---|---|

ATTACHMENT (Number): _____5_____

*(This Attachment may be used with any Judicial Council form.)*

    e. X except defendant (name): GREKA BRADLEY CONSOLIDATED 3 ISLAND OIL PRODUCTION FACILITY
      (1) a business organization, form unknown.
      (2) a corporation.
      (3) an unincorporated entity (described):
      (4) a public entity (described):
      (5) other (specific):

    f. X except defendant (name): GREKA GROUP
      (1) a business organization, form unknown.
      (2) a corporation.
      (3) an unincorporated entity (described):
      (4) a public entity (described):
      (5) other (specific):

    g. X except defendant (name): HVI CAY CANYON, INC
      (1) X a business organization, form unknown.
      (2) a corporation.
      (3) an unincorporated entity (described):
      (4) a public entity (described):
      (5) other (specific):

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page ___4___ of ___9___

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT**
to Judicial Council Form

www.courtinfo.ca.gov
Westlaw Doc & Form Builder

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

PLD-PI-001(2)

| SHORT TITLE: RODRIGUEZ v. BRADLEY LAND COMPANY, et al. | CASE NUMBER: 24CV06679 |
|---|---|

FIRST _____ **CAUSE OF ACTION—General Negligence**    Page 5
(number)

ATTACHMENT TO  [X] Complaint  [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* JORGE RODRIGUEZ and KATHY RODRIGUEZ

       alleges that defendant *(name):*
       BRADLEY LAND COMPANY; GREKA OIL AND GAS, INC; GREKA GREEN GROUP; GREKA ENERGY; GREKA
       BRADLEY CONSOLIDATED 3 ISLAND OIL PRODUCTION FACILITY; GREKA GROUP; HVI CAY CANYON,
       INC; and;
       [X] Does _____1_____ to _50, Inclusive._

       was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant
       negligently caused the damage to plaintiff
       on *(date):* or about November 30, 2022
       at *(place):* or near 3851 Telephone Road in the City of Santa Maria, County of Santa Barbara, State of California.

       *(description of reasons for liability):*

       On or about the above dates and at the above location, Plaintiff JORGE RODRIGUEZ, had been a laborer for a
       company other than Defendants wherein he had been working on a job site at 3851 Telephone Road, Santa Maria,
       California. Plaintiff was at the site between approximately November 30, 2022 and March 3, 2023. During this period
       of time Plaintiff was exposed to various fumes of gases from chemicals store at the site owned, operated, controlled,
       managed, maintained and/or occupied by Defendants, and each of them. Plaintiff, JORGE RODRIGUEZ suffered a
       cardiac arrest and collapsed shortly after arriving home on March 3, 2023. Plaintiff, JORGE RODRIGUEZ, was
       provided CPR by his wife and rushed to the hospital. It was determined that Plaintiff had suffered from exposure to
       Hydrogen Sulfide gas (H2S), which resulted in Plaintiff, JORGE RODRIGUEZ'S cardiac arrest, as well as other
       physical, mental, psychological and/or emotional injuries. The Defendants, BRADLEY LAND COMPANY; GREKA OIL
       AND GAS, INC; GREKA GREEN GROUP; GREKA ENERGY; GREKA BRADLEY CONSOLIDATED 3 ISLAND
       OIL PRODUCTION FACILITY; GREKA GROUP; HVI CAY CANYON, INC; and DOES 1 to 50, Inclusive, and
       each of them, and their agents and employees whose names are unknow to Plaintiffs JORGE RODRIGUEZ and
       KATHY RODRIGUEZ are named herein as DOES 1 to 50, Inclusive, are responsible for Plaintiff,
       JORGE RODRIGUEZ'S injuries and damages due to, but not limited to, the following: Failure to safely operate the
       gas line and/or gas valve and/or storage tanks and/or wells; failure to properly design and/or maintain said gas line
       and/or gas valve and/or storage tanks and/or wells; failure to provide proper and/or adequate training and/or
       instructions for its employees employed by said Defendants; and/or failure to provide and/or display adequate warning
       regarding the dangers of the subject area of operation and the unsafe conditions that existed thereon.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov
Westlaw Doc & Form Builder

EX. A-78

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

PLD-PI-001(4)

| SHORT TITLE: RODRIGUEZ v. BRADLEY LAND COMPANY, et al. | CASE NUMBER: |
|---|---|
| | 24CV06679 |

__SECOND__        **CAUSE OF ACTION—Premises Liability**        Page __6__
(number)

ATTACHMENT TO    [X] Complaint    [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* JORGE RODRIGUEZ and KATHY RODRIGUEZ
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date):* or about November 30, 2022        plaintiff was injured on the following premises in the following
fashion *(description of premises and circumstances of injury):* On or about the above dates and at the above location, Plaintiff JORGE
ODRIGUEZ, had been a laborer for a company other than Defendants wherein he had been working at a job site at 3851 Telephone Road, Santa Maria, California. Plaintiff was at
e site between approximately November 30, 2022 and March 3, 2023. During this period of time Plaintiff was exposed to various fumes of gases from chemicals store at the site
wned, operated, controlled, managed, maintained and/or occupied by Defendants, and each of them. Plaintiff, JORGE RODRIGUEZ suffered a cardiac arrest and collapsed shortly
ter arriving home on March 3, 2023. Plaintiff, JORGE RODRIGUEZ, was provided CPR by his wife and rushed to the hospital. It was determined that Plaintiff had suffered from
sposure to Hydrogen Sulfide gas (H2S), which resulted in Plaintiff, JORGE RODRIGUEZ'S cardiac arrest, as well as other physical, mental, psychological and/or emotional injuries
ne Defendants, BRADLEY LAND COMPANY; GREKA OIL AND GAS, INC; GREKA GREEN GROUP; GREKA ENERGY; GREKA BRADLEY CONSOLIDATED 3 ISLAND OIL
RODUCTION FACILITY; GREKA GROUP; HVI CAY CANYON, INC; and DOES 1 to 50, Inclusive, and each of them, and their agents and employees whose names are
nknown to Plaintiffs JORGE RODRIGUEZ and KATHY RODRIGUEZ at this time but are named herein as DOES 1 to 50, Inclusive, are responsible for Plaintiff, JORGE
ODRIGUEZ'S injuries and damages due to, but not limited to, the following: Failure to safely operate the gas line and/or gas valve and/or storage tanks and/or wells; failure to prope
ssign and/or maintain said gas line  and/or gas valve and/or storage tanks and/or wells; failure to provide proper and/or adequate training and/or instructions for its employees emplo
r said Defendants; and/or failure to provide and/or display adequate warning regarding the dangers of the subject area of operation and the unsafe conditions that existed thereon.

Prem.L-2.    [X] Count One—Negligence The defendants who negligently owned, maintained, managed and
operated the described premises were *(names):* BRADLEY LAND COMPANY; GREKA OIL AND GAS, INC;
GREKA GREEN GROUP; GREKA ENERGY; GREKA BRADLEY CONSOLIDATED 3 ISLAND OIL PRODUCTION
FACILITY; GREKA GROUP; HVI CAY CANYON, INC; and

[X] Does    1    to  50, Inclusive.

Prem.L-3.    [ ] Count Two—Willful Failure to Warn [Civil Code section 846] The defendant owners who willfully
or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were
*(names):*

[ ] Does _____ to _____
Plaintiff, a recreational user, was  [ ] an invited guest    [ ] a paying guest.

Prem.L-4.    [ ] Count Three—Dangerous Condition of Public Property The defendants who owned public property
on which a dangerous condition existed were *(names):*

[ ] Does _____ to _____
a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the
dangerous condition in sufficient time prior to the injury to have corrected it.
b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5. a. [X] Allegations about Other Defendants The defendants who were the agents and employees of the
other defendants and acted within the scope of the agency were *(names):* BRADLEY LAND COMPANY;
GREKA OIL AND GAS, INC; GREKA GREEN GROUP; GREKA ENERGY; GREKA BRADLEY CONSOLIDATED 3 ISLAND
OIL PRODUCTION FACILITY; GREKA GROUP; HVI CAY CANYON, INC; and

[X] Does    1    to  50, Inclusive.

b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
[ ] described in attachment Prem.L-5.b [ ] as follows *(names):*

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]

**CAUSE OF ACTION—Premises Liability**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov
Westlaw Doc & Form Builder™

EX. A-79

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

PLD-PI-001(5)

| SHORT TITLE: RODRIGUEZ v. BRADLEY LAND COMPANY, et al. | CASE NUMBER: 24CV06679 |
|---|---|

__THIRD__ **CAUSE OF ACTION—Products Liability**   Page _7_
(number)

ATTACHMENT TO  [X] Complaint  [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*
Plaintiff *(name):* JORGE RODRIGUEZ and KATHY RODRIGUEZ

Prod. L-1. On or about *(date):* November 30, 2022          plaintiff was injured by the following product: Gas line/
Valve/gas tank/gas well/gas fumes/gas/chemicals unknown

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects.
    The product was defective when it left the control of each defendant. The product at the time of injury
    was being
    [ ] used in the manner intended by the defendants.
    [X] used in the manner that was reasonably foreseeable by defendants as involving a substantial danger not
        readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
    [ ] purchaser of the product.               [X] user of the product.
    [X] bystander to the use of the product.    [ ] other *(specify):*

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:
Prod. L-4. [X]  **Count One—Strict liability** of the following defendants who
    a. [X] manufactured or assembled the product *(names):* BRADLEY LAND COMPANY; GREKA OIL AND
    GAS, INC; GREKA GREEN GROUP; GREKA ENERGY; GREKA BRADLEY CONSOLIDATED 3 ISLAND OIL PRODUCTION
    FACILITY; GREKA GROUP; HVI CAY CANYON, INC; and

        [X] Does _____1_____ to _50, Inclusive._

    b. [X] designed and manufactured component parts supplied to the manufacturer *(names):* BRADLEY
    LAND COMPANY; GREKA OIL AND GAS, INC; GREKA GREEN GROUP; GREKA ENERGY; GREKA BRADLEY
    CONSOLIDATED 3 ISLAND OIL PRODUCTION FACILITY; GREKA GROUP; HVI CAY CANYON, INC; and

        [X] Does _____1_____ to _50, Inclusive._

    c. [X] sold the product to the public *(names):* BRADLEY LAND COMPANY; GREKA OIL AND GAS, INC;
    GREKA GREEN GROUP; GREKA ENERGY; GREKA BRADLEY CONSOLIDATED 3 ISLAND OIL PRODUCTION FACILITY;
    GREKA GROUP; HVI CAY CANYON, INC; and

        [X] Does _____1_____ to _50, Inclusive._

Prod. L-5. [X]  **Count Two—Negligence** of the following defendants who owed a duty to plaintiff *(names):* BRADLEY LAND
    COMPANY; GREKA OIL AND GAS, INC; GREKA GREEN GROUP; GREKA ENERGY; GREKA BRADLEY CONSOLIDATED
    3 ISLAND OIL PRODUCTION FACILITY; GREKA GROUP; HVI CAY CANYON, INC; and
        [X] Does _____1_____ to _50, Inclusive._

Prod. L-6. [ ]  **Count Three—Breach of warranty** by the following defendants *(names):*

        [ ] Does _____ to _____
    a. [ ] who breached an implied warranty
    b. [ ] who breached an express warranty which was
        [ ] written  [ ] oral

Prod. L-7. [ ]  The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
        [ ] listed in Attachment-Prod. L-7 [ ] as follows:

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]
**CAUSE OF ACTION—Products Liability**
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov
Westlaw Doc & Form Builder

EX. A-80

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

MC-025

| SHORT TITLE: RODRIGUEZ v. BRADLEY LAND COMPANY, et al. | CASE NUMBER: 24CV06679 |
|---|---|

ATTACHMENT (Number): ____ONE____

*(This Attachment may be used with any Judicial Council form.)*

LIST OF ADDITIONAL PARTIES CONTINUED FROM PAGE ONE OF COMPLAINT –

DEFENDANTS: GREKA ENERGY; GREKA BRADLEY CONSOLIDATED 3 ISLAND OIL PRODUCTION FACILITY; GREKA GROUP; HVI CAY CANYON, INC; and

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page __8__ of __9__

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov
Westlaw Doc & Form Builder®

EX. A-81

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

MC-025

| SHORT TITLE: RODRIGUEZ v. BRADLEY LAND COMPANY, et al. | CASE NUMBER: 24CV06679 |
|---|---|

ATTACHMENT *(Number):*    TWO

*(This Attachment may be used with any Judicial Council form.)*

### FOURTH CAUSE OF ACTION - LOSS OF CONSORTIUM

1) Plaintiffs repeat and allege, and by this reference incorporate each and every allegation contained in the first, second and third causes of action as though fully set forth herein.

2) Plaintiffs, JORGE RODRIGUEZ and KATHY RODRIGUEZ, allege that Defendants, BRADLEY LAND COMPANY; GREKA GREKA OIL AND GAS, INC; GREKA GREEN GROUP; GREKA ENERGY; GREKA BRADLEY CONSOLIDATED 3 ISLAND OIL PRODUCTION FACILITY; GREKA GROUP; HVI CAY CANYON, INC; and DOES 1 TO 50, Inclusive, were the legal and direct cause of the injuries and/or were a substantial factor in causing damages to Plaintiff, JORGE RODRIGUEZ, and his wife, KATHY RODRIGUEZ, by the aforesaid actions and/or omissions to act regarding the unsafe conditions located at or near 3851 Telephone road, in the City of Santa Maria, County of Santa Barbara, State of California.

3) At all times herein mentioned, Plaintiffs JORGE RODRIGUEZ and KATHY RODRIGUEZ, were husband and wife.

4) Prior to the physical and emotional injuries sustained by JORGE RODRIGUEZ, he was able to and did perform his duties as a husband. Subsequent to the injuries, and as a result thereof, JORGE RODRIGUEZ was and/or is unable to perform the necessary duties as husband and work/services usually performed in the care, maintenance, and management of his family and home, and as result of the injuries sustained in the subject incident, is unable to perform said work, services, and duties in the future. By reason thereof, KATHY RODRIGUEZ has been deprived of and will be deprived in the future of the consortium of her spouse, JORGE RODRIGUEZ, including the performance of his necessary duties, all to Plaintiff KATHY RODRIGUEZ's damages in an amount to be determined at trial.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page   9   of   9

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov
Westlaw Doc & Form Builder

EX. A-82

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| MARC LAZARUS, ESQ.        SBN: 206680<br>RUSSELL & LAZARUS<br>1401 DOVE STREET, STE. 310, NEWPORT BEACH, CA 92660<br>TELEPHONE NO.: (949)851-0222        FAX NO.: (949)851-2422<br>EMAIL ADDRESS: legal@lawrussell.com<br>ATTORNEY FOR *(Name)*: Plaintiff, JORGE RODRIGUEZ | ELECTRONICALLY FILED<br>Superior Court of California<br>County of Santa Barbara<br>Darrel E. Parker, Executive Officer<br>11/22/2024 6:23 PM<br>By: Erin Josie , Deputy |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA BARBARA**
STREET ADDRESS: 312 East Cook Street, Building E
MAILING ADDRESS: 312-C East Cook Street
CITY AND ZIP CODE: Santa Maria, 93454
BRANCH NAME: Santa Maria - Cook Division

CASE NAME: RODRIGUEZ v. BRADLEY LAND COMPANY, et al.

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| [X] Unlimited<br>(Amount<br>demanded<br>exceeds $35,000) | [ ] Limited<br>(Amount<br>demanded is<br>$35,000 or less) | [ ] Counter        [ ] Joinder<br><br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | 24CV06679 |
| | | | | JUDGE: |
| | | | | DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation<br>(Cal. Rules of Court, rules 3.400–3.403) |
|---|---|---|
| [ ] Auto (22)<br>[ ] Uninsured motorist (46) | [ ] Breach of contract/warranty (06)<br>[ ] Rule 3.740 collections (09)<br>[ ] Other collections (09)<br>[ ] Insurance coverage (18)<br>[ ] Other contract (37) | [ ] Antitrust/Trade regulation (03)<br>[ ] Construction defect (10)<br>[ ] Mass tort (40)<br>[ ] Securities litigation (28)<br>[ ] Environmental/Toxic tort (30)<br>[ ] Insurance coverage claims arising from the |
| **Other PI/PD/WD (Personal Injury/Property<br>Damage/Wrongful Death) Tort** | |
| [ ] Asbestos (04)<br>[ ] Product liability (24)<br>[ ] Medical malpractice (45)<br>[X] Other PI/PD/WD (23) | **Real Property**<br>[ ] Eminent domain/Inverse<br>condemnation (14)<br>[ ] Wrongful eviction (33)<br>[ ] Other real property (26) | above listed provisionally complex case<br>types (41) |
| **Non-PI/PD/WD (Other) Tort** | | **Enforcement of Judgment** |
| [ ] Business tort/unfair business practice (07)<br>[ ] Civil rights (08)<br>[ ] Defamation (13)<br>[ ] Fraud (16)<br>[ ] Intellectual property (19)<br>[ ] Professional negligence (25)<br>[ ] Other non-PI/PD/WD tort (35) | **Unlawful Detainer**<br>[ ] Commercial (31)<br>[ ] Residential (32)<br>[ ] Drugs (38)<br>**Judicial Review**<br>[ ] Asset forfeiture (05)<br>[ ] Petition re: arbitration award (11) | [ ] Enforcement of judgment (20)<br>**Miscellaneous Civil Complaint**<br>[ ] RICO (27)<br>[ ] Other complaint *(not specified above)* (42)<br>**Miscellaneous Civil Petition**<br>[ ] Partnership and corporate governance (21)<br>[ ] Other petition *(not specified above)* (43) |
| **Employment** | |
| [ ] Wrongful termination (36)<br>[ ] Other employment (15) | [ ] Writ of mandate (02)<br>[ ] Other judicial review (39) | |

2. This case [ ] is    [X] is not    complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. [X] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action *(specify)*: FOUR (4)
5. This case [ ] is    [X] is not    a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date: November 20, 2024

MARC LAZARUS, ESQ.
_____        _____
        (TYPE OR PRINT NAME)                                (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
• Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10 |
|---|---|---|

EX. A-83

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)—Personal Injury/Property
  Damage/Wrongful Death
Uninsured Motorist (46) *(if the
  case involves an uninsured
  motorist claim subject to
  arbitration, check this item
  instead of Auto)*

**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/
    Wrongful Death
Product Liability *(not asbestos or
  toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice–
    Physicians & Surgeons
  Other Professional Health Care
    Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip
    and fall)
  Intentional Bodily Injury/PD/WD
    (e.g., assault, vandalism)
  Intentional Infliction of
    Emotional Distress
  Negligent Infliction of
    Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
  Practice (07)
Civil Rights (e.g., discrimination,
  false arrest) *(not civil
  harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice
    *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease
    Contract *(not unlawful detainer
    or wrongful eviction)*
  Contract/Warranty Breach–Seller
    Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/
    Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open
  book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally
  complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse
  Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent
    domain, landlord/tenant, or
    foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal
  drugs, check this item; otherwise,
  report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court
    Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner
    Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
  *(arising from provisionally complex
  case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic
    relations)*
  Sister State Judgment
  Administrative Agency Award
    *(not unpaid taxes)*
  Petition/Certification of Entry of
    Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-
    harassment)*
  Mechanics Lien
  Other Commercial Complaint
    Case *(non-tort/non-complex)*
  Other Civil Complaint
    *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate
  Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

---

CM-010 [Rev. January 1, 2024]                    **CIVIL CASE COVER SHEET**                    Page 2 of 2

Westlaw Doc & Form Builder

EX. A-84

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS): TELEPHONE NO.: (949) 851-0222 | FOR COURT USE ONLY |
|---|---|
| Russell & Lazarus<br>Marc Lazarus, Esq.<br>1401 Dove Street, Ste. 310<br>Newport Beach, CA 92660<br>ATTORNEY FOR (NAME): Plts - JORGE RODRIGUEZ and KATHY RODRIGUEZ | ELECTRONICALLY FILED<br>Superior Court of California<br>County of Santa Barbara<br>Darrel E. Parker, Executive Officer<br>11/22/2024 6:23 PM<br>By: Erin Josie , Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA BARBARA

| ☐ Santa Barbara–Anacapa<br>1100 Anacapa Street<br>Santa Barbara, CA 93101 | ☒ Santa Maria–Cook<br>312-C East Cook Street<br>Santa Maria, CA 93454 | ☐ Lompoc Division<br>115 Civic Center Plaza<br>Lompoc, CA 93436 |
|---|---|---|

PLAINTIFF: JORGE RODRIGUEZ and KATHY RODRIGUEZ

DEFENDANT: BRADLEY LAND COMPANY, et al.

| CIVIL CASE COVER SHEET ADDENDUM | CASE NUMBER: 24CV06679 |
|---|---|

Santa Barbara County Superior Court Local Rule, rule 201 divides Santa Barbara County geographically into two separate regions referred to as "South County" and "North County," the boundaries of which are more particularly defined in rule 201. "South County" includes the cities of Carpinteria, Santa Barbara, and Goleta; "North County" includes the cities of Santa Maria, Lompoc, Buellton and Solvang. A map depicting this geographical division is contained in Appendix 1 to the local rules.

Local Rule 203 provides: "When, under California law, 'North County' would be a 'proper county' for venue purposes, all filings for such matters shall be in the appropriate division of the Clerk's office in North County. All other filings shall be made in the Clerk's office in the appropriate division of the Court in South County. The title of the Court required to be placed on the first page of documents pursuant to CRC 2.111 includes the name of the appropriate Court division."

A plaintiff filing a new complaint or petition is required by Local Rule 1310 to complete and file this Civil Case Cover Sheet Addendum to state the basis for filing in North County or South County.

The undersigned represents to the Court:

This action is filed in ☒ North County ☐ South County because venue is proper in this region for the following reason(s):

☐ A defendant resides or has its principal place of business in this region at: _____

☒ The personal injury, damage to property, or breach of contract that is claimed in the complaint occurred in this region at: or near 3851 Telephone Rd., Santa Maria, CA 93454 _____

☐ There is a related case filed with the court in this region (e.g., the related personal injury action to a petition to transfer structured settlement payments) [identify case, including case number]: _____
_____

☐ Venue is otherwise proper in this region because [explain]: _____
_____

Dated: November 22 , 2024

_____
Signature of Plaintiff or Plaintiff's Counsel

Form Adopted for Mandatory Use<br>Santa Barbara Superior Court<br>SC-2069 [New July 2016]

CIVIL CASE COVER SHEET ADDENDUM

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA BARBARA | FOR COURT USE ONLY |
|---|---|
| STREET ADDRESS:  312-C East Cook Street<br>CITY AND ZIP CODE:  Santa Maria CA  93454<br>BRANCH NAME:  Cook | **FILED**<br>SUPERIOR COURT of CALIFORNIA<br>COUNTY of SANTA BARBARA<br>12/02/2024<br>Darrel E. Parker, Executive Officer<br>BY  Sanchez, Ibelsa<br>Deputy Clerk |
| CAPTION:<br>Jorge Rodriguez et al vs Bradley Land Company et al | |
| **ORDER AND NOTICE OF CASE ASSIGNMENT;**<br>**NOTICE OF CASE MANAGEMENT CONFERENCE** | CASE NUMBER:<br>**24CV06679** |

The above case is hereby assigned to Judge Patricia Kelly for ALL purposes, including trial.  All future matters, including ex-parte matters, are to be scheduled with the assigned judge.  Counsel shall include the name of the assigned judge in the caption of every document filed with the court.  The above-entitled case is hereby ordered set for:

**Case Management Conference on 04/01/2025 at 8:30 AM in  SM Dept 1 at the court address above.**

PLAINTIFF SHALL GIVE NOTICE of this assignment to ALL parties brought into the case, including but not limited to defendants, cross-defendants and intervenors.  A Proof of Service of this ORDER & NOTICE OF CASE ASSIGNMENT is to be filed with the Court within five (5) working days after service.  Failure to give notice and file proof thereof or failure to appear may result in the imposition of sanctions.  Pursuant to California Rule of Court 3.725, no later than fifteen (15) calendar days before the date set for the Case Management Conference, each party must file a Case Management Statement (Judicial Council form CM110).  In lieu of each party filing a separate Case Management Statement, any two or more parties may file a joint statement.

Appearance by Zoom video conference is currently optional for Civil Case Management Conferences.
Please refer to the court's website for information about remote proceedings
https://santabarbara.courts.ca.gov/system/files/inforemoteappearances.pdf.
Use the links provided to access the Remote Hearing Information flyer in English
https://www.santabarbara.courts.ca.gov/system/files/general/zoom-information-civil-2023-edit-v5.pdf and in Spanish
https://santabarbara.courts.ca.gov/system/files/zoom_instructionssp.pdf.  Or visit the to the court's website at
https://santabarbara.courts.ca.gov/ and click on Remote Appearance by Zoom.

At the Court's discretion counsel, parties and insurance representatives (if any) with full settlement authority may be required to attend a CADRe Information Meeting within ten (10) days of the Conference date.

Dated:  12/2/2024                    _Pauline Maxwell_

                                  Pauline Maxwell
                                  Judge of the Superior Court

**CLERK'S CERTIFICATE OF SERVICE**

I certify that I am not a party to this cause, and that a true copy of this document was electronically served or mailed first class, postage prepaid in a sealed envelope addressed as shown, and that the electronic service or mailing of the foregoing and execution of this certificate occurred at *(place)* Santa Maria, California on *(date)*: 12/03/2024.

Marc Lazarus
Russell & Lazarus
1401 Dove Street Ste 310
Newport Beach CA 92660

Darrel E. Parker, Executive Officer        By _____ /s/ Ibelsa Sanchez _____ , Deputy

| SC-2028 | ORDER &NOTICE OF CASE ASSIGNMENT<br>NOTICE OF CASE MANAGEMENT CONFERENCE | Local Rule 1309<br>CRC3.222 |
|---|---|---|

EX. A-86

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

MARC LAZARUS, ESQ. – State Bar No. 206680
**RUSSELL & LAZARUS APC**
1401 Dove Street, Suite 310
Newport Beach, CA 92660
Phone: (949) 821-0222; Fax: (949) 851-2422
legal@lawrussell.com;

Attorneys for Plaintiffs,
JORGE RODRIGUEZ and KATHY RODRIGUEZ

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SANTA BARBARA

| | |
|---|---|
| JORGE RODRIGUEZ and KATHY RODRIGUEZ, Plaintiffs, vs. BRADLEY LAND COMPANY; GREKA OIL AND GAS, INC; GREKA GREEN GROUP; GREKA ENERGY; GREKA BRADLEY CONSOLIDATED 3 ISLAND OIL PRODUCTION FACILITY; GREKA GROUP; HVI CAY CANYON, INC; and DOES 1 to 50, INCLUSIVE Defendants. | Case No.: 24CV06679 *Assigned to: Hon. Patricia Kelly, SM Dept. 1* **STATEMENT OF DAMAGES [C.C.P. §425.11]** |

TO DEFENDANTS AND TO THEIR ATTORNEYS OF RECORD:

Plaintiff, JORGE RODRIGUEZ, hereby states he has suffered damages as a result of the conduct of Defendants, and each of them, as follows:

| | AMOUNT |
|---|---|
| **SPECIAL DAMAGES** | |
| Including but not limited to: Doctors and Hospital Costs; Future Hospital and Doctors Costs; Loss of Earnings and Loss of Earning Capacity. | $5,000,000.00 |
| **GENERAL DAMAGES** | |
| Including pain and suffering and permanent injuries. | $10,000,000.00 |

///

///

EX. A-87

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4



1    **TOTAL**                                                        **$15,000,000.00**

2

3    Dated: March 14, 2025                    RUSSELL & LAZARUS

4

5                                            BY

6                                            MARC LAZARUS, ESQ.
                                             BRIAN D. GOULD, ESQ.
7                                            Attorneys for Plaintiffs,
                                             JORGE RODRIGUEZ and KATHY RODRIGUEZ

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STATEMENT OF DAMAGES [C.C.P. §425.11]

EX. A-88

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4

MARC LAZARUS, ESQ. – State Bar No. 206680
RUSSELL & LAZARUS APC
1401 Dove Street, Suite 310
Newport Beach, CA 92660
Phone: (949) 821-0222; Fax: (949) 851-2422
legal@lawrussell.com;

Attorneys for Plaintiffs,
JORGE RODRIGUEZ and KATHY RODRIGUEZ

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SANTA BARBARA

| | |
|---|---|
| JORGE RODRIGUEZ and KATHY RODRIGUEZ, Plaintiffs, <br><br> vs. <br><br> BRADLEY LAND COMPANY; GREKA OIL AND GAS, INC; GREKA GREEN GROUP; GREKA ENERGY; GREKA BRADLEY CONSOLIDATED 3 ISLAND OIL PRODUCTION FACILITY; GREKA GROUP; HVI CAY CANYON, INC; and DOES 1 to 50, INCLUSIVE <br><br> Defendants. | Case No.: 24CV06679 <br><br> *Assigned to: Hon. Patricia Kelly, SM Dept. 1* <br><br> **STATEMENT OF DAMAGES [C.C.P. §425.11]** |

TO DEFENDANTS AND TO THEIR ATTORNEYS OF RECORD:

Plaintiff, KATHY RODRIGUEZ, hereby states she has suffered damages as a result of the conduct of Defendants, and each of them, as follows:

| | AMOUNT |
|---|---|
| **SPECIAL DAMAGES** | |
| Including but not limited to: Doctors and Hospital Costs; Future Hospital and Doctors Costs; Loss of Earnings and Loss of Earning Capacity. | $1,000,000.00 |
| **GENERAL DAMAGES** | |
| Including pain and suffering and permanent injuries. | $4,000,000.00 |

///
///

EX. A-89

Docusign Envelope ID: F9CAEBC1-494A-4E38-9FB9-A35361135AB4



**TOTAL**                                                    $5,000,000.00

Dated: March 14, 2025                    RUSSELL & LAZARUS

                                         BY:

                                         MARC LAZARUS, ESQ.
                                         BRIAN D. GOULD, ESQ.
                                         Attorneys for Plaintiffs,
                                         JORGE RODRIGUEZ and KATHY RODRIGUEZ

STATEMENT OF DAMAGES [C.C.P. §425.11]

EX. A-90