UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 9 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

BRADLEY LAND COMPANY, a California corporation,

Plaintiff - Appellee,

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,

Defendant - Appellant,

DOES 1-10, inclusive,

Defendant.

No. 26-6454

D.C. No.
2:25-cv-10605-DSF-JDE
Central District of California,
Los Angeles

ORDER

Appellant's motion to dismiss this appeal (Docket Entry No. 6) is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Paula Raffaelli
Circuit Mediator